UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SIDNEY MANES, administrator of the estate of HECTOR RIVAS,<br><br>　　　　　　　　Plaintiff,<br><br>　-against-<br><br>ONONDAGA COUNTY, CITY OF SYRACUSE, WILLIAM FITZPATRICK, DR. ERIK MITCHELL, AND "JOHN DOES 1-10",<br><br>　　　　　　　　Defendants. | 19-CV-844 (BKS) (TWD)<br><br>**NOTICE OF MOTION** |

**PLEASE TAKE NOTICE**, that on a date and time to be determined by the Court, Ameer Benno, Esq., counsel for plaintiff, will move this Court, before the Hon. Brenda K. Sannes, U.S.D.J., at the United States Courthouse for the Northern District of New York, at Federal Building and U.S. Courthouse, 100 S. Clinton Street, Syracuse NY 13261, for an Order permitting him to withdraw as counsel for plaintiff in the above-captioned action, terminating his appearance herein, staying the action for 45 days to permit plaintiff to secure replacement counsel, and for such other and further relief as this Court may deem just and proper.

This motion is based on the annexed declaration of Ameer Benno, duly executed March 28, 2021, all pleadings, papers and records heretofore had herein, and on such further written and/or oral argument and evidence as may be submitted.

Dated:　　New York, New York
　　　　　March 28, 2021

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　Ameer Benno, Esq
　　　　　　　　　　　　　　　　30 Wall Street, 8th Floor
　　　　　　　　　　　　　　　　New York, NY 10005
　　　　　　　　　　　　　　　　Tel.: (212) 227-9300