# COUNTY OF ONONDAGA



**J. Ryan McMahon, II**  **Robert A. Durr**
**County Executive**  **County Attorney**

## DEPARTMENT OF LAW

John H. Mulroy Civic Center, 10th Floor
421 Montgomery Street
Syracuse, New York 13202
Telephone: (315) 435-2170
Fax: (315) 435-5729

4 January 2021

(By CM/ECF.)

Hon. Thérèse Wiley Dancks
US Magistrate Judge
James Hanley Federal Building, US Courthouse
PO Box 7346
Syracuse, New York 13261-7346

Re:   *Manes v Onondaga County* | ND NY | Case No. 5:19-cv-00844-BKS-TWD

Dear Judge Dancks:

Onondaga County is represented by me.

Onondaga County is not able to comply with the Court's text order (Dkt. No. 80) to file, by 5:00 p.m., today, a response addressing the discovery issues identified in Dkt. No. 74.

The Court is asked to please extend, for 48 hours, until 5:00 p.m. on 26 March 2022, Onondaga County's time to comply with the order.

Very truly yours,

John E. Heisler Jr.
Chief Deputy County Attorney