# ROBERT F. JULIAN, P.C.
## ATTORNEY AT LAW
2037 Genesee St.
Utica, New York 13501-5951

Phone: 315-797-5610   Fax: 877-292-2037
Toll Free: 855-735-5291   www.rfjulian.com

*Robert F. Julian*   *Richard Pertz, Of Counsel*

*Stephanie A. Palmer*

March 30, 2022

Hon. Therese Wiley Dancks
United States District Court
Northern District of New York
100 S. Clinton Street
Syracuse, NY 13261

      RE:    Manes, Administrator of Estate of Rivas v. Onondaga County, et al
                Civil Action No.: 5:19-cv-844

Dear Judge Dancks:

Consistent with our discussion of last Friday, I had a meeting and discussed with client's counsel and believe that we have resolved the issues raised in my most recent letter to the Court.

Please excuse my not signing this letter as I am remote from my office in a trial.

Respectfully,

Robert F. Julian, Esq.
RFJ/jan

cc:    Scott Korenbaum, Esq.
       Joshua S. Moskovitz, Esq.
       Danielle Pires, Esq.
       Danielle Smith, Esq.
       John Heisler, Jr., Esq.
       Todd M. Sardella, Esq.