# THE LAW OFFICE OF JOSHUA MOSKOVITZ, P.C.

| 392 Central Avenue # 7803 | 14 Wall Street, Suite 1603 | josh@moskovitzlaw.com |
| Jersey City, New Jersey 07307 | New York, New York 10005 | Fax (888) 398-0032 |
| Tel. (201) 565-0961 | Tel. (212) 380-7040 | www.moskovitzlaw.com |

January 26, 2023

**BY ECF**

Hon. Thérèse Wiley Dancks
United States Magistrate Judge
United States District Court
Northern District of New York
100 S. Clinton Street
Syracuse, New York 13261

      Re:    *Manes v. Onondaga County* et al., No. 5:19-cv-00844 (BKS/TWD)

Your Honor:

      I write as Plaintiff's counsel to request a four-month extension of discovery deadlines in this case. Counsel for all parties joins this request, for which there is good cause as explained below.

      First, as the Court may recall, the County produced thousands of pages of documents and recordings of interviews on old audio cassettes. Understandably, Mr. Julian wanted an opportunity to review those recordings before proceeding with his clients' depositions. Due to the number of audio cassettes and length of the recordings, Plaintiff's counsel have only recently completed their review, and we are in the process of transferring the audio cassettes to Mr. Julian. Accordingly, we still need to conduct depositions of the individual defendants.

      Second, the County completed its search last month for relevant electronically stored information. Due to a technological impediment and the intervening holidays, Plaintiff's counsel has not yet received a copy of the results of that search. We are working with the County's attorney to obtain a copy of the County's relevant ESI, and we expect to have those materials shortly.

      Third, the parties are awaiting the Court's completion of its *in camera* review of the documents provided by the New York State Department of Health.

      Finally, we note that the parties have made progress in completing discovery. The deposition of Plaintiff Sidney Manes, which had to be taken over several days, has now been completed. And, as noted above, the County has completed its search for ESI.

THE LAW OFFICE OF JOSHUA MOSKOVITZ, P.C.                                    January 26, 2023
                                                                                      Page 2

    For the foregoing reasons, the parties respectfully request that the Court extend the pending deadlines as follows:

|  | **Current deadline** | **Proposed extended deadline** |
|---|---|---|
| **Fact discovery** | 1/27/2023 | 5/26/2023 |
| **Fact discovery motions** | 2/10/2023 | 6/9/2023 |
| **Plaintiff's Expert Disclosure** | 3/14/2023 | 7/14/2023 |
| **Defendants' Expert Disclosure** | 4/28/2023 | 8/28/2023 |
| **Rebuttal Expert Disclosure** | 5/17/2023 | 9/18/2023 |
| **Discovery including expert depositions** | 6/14/2023 | 10/13/2023 |
| **Discovery motions including expert discovery motions** | 6/28/2023 | 10/27/2023 |
| **Dispositive Motions** | 8/31/2023 | 12/29/2023 |

    We appreciate the Court's time and attention to this matter.

                                                                Sincerely,

                                                        Joshua S. Moskovitz

cc:    All Counsel of Record (ECF)