UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

SIDNEY MANES, as Administrator of the
Estate of Hector Rivas,

          Plaintiff,

-against-

ONONDAGA COUNTY, WILLIAM
FITZPATRICK, DR. ERIK MITCHELL, and
"JOHN DOES 1-10",

          Defendants.

STIPULATION AND
PROTECTIVE ORDER

No. 5:19-cv-00844 (BKS/TWD)

WHEREAS on January 27, 2023, the Court entered an Order ("the Order") concerning records maintained by the New York State Department of Health ("DOH") concerning Defendant Dr. Erik Mitchell that Plaintiff subpoenaed in this matter and the Court reviewed *in camera* ("the records"); and

WHEREAS the Court found the records relevant and not unduly burdensome for the DOH to produce; and

WHEREAS the Court directed DOH to produce the records subject to a stipulated protective order;

NOW, IT IS HEREBY STIPULATED AND ORDERED THAT:

1. The records shall be subject to this Stipulation and Protective Order unless and until this this Stipulation and Protective Order is modified by the Court.

2. The records shall be deemed "highly confidential, for attorney's eyes only." This shall mean that the records may be viewed only by (a) the parties, (b) the parties' attorneys, (c) employees and staff of the parties' attorneys, and (d) experts retained by the parties in this case.

Additionally, the following people shall be permitted to view the records on behalf of Defendant County of Onondaga: MARK A. VENTRONE / JOHN HEISLER, JR.

3. The DOH shall produce the records to Plaintiff as directed by the Court's Order within twenty (20) days of the issuance of this Stipulation and Protective Order.

4. The parties will follow N.D.N.Y. Local Rule 5.3 before filing any of the records under seal, if necessary, in the future.

Dated: Feb 6, 2023

JOSHUA S. MOSKOVITZ, Esq.
Hamilton Clarke, LLP
48 Wall Street, Suite 1100
New York, New York 10007

SCOTT A. KORENBAUM, Esq.
14 Wall Street, Suite 1603
New York, New York 10005

ROB RICKNER, Esq.
Rickner PLLC
14 Wall Street, Suite 1603
New York, New York 10005
*Attorneys for Plaintiff*

JOHN HEISLER JR., Esq.
MARK A. VENTRONE, Esq.
Onondaga County Department of Law
John H. Mulroy Civic Center, 10th Floor
421 Montgomery Street
Syracuse, New York 13202
*Attorneys for Defendant County of Onondaga*

ROBERT F. JULIAN, Esq.
Law Office of Robert F. Julian, P.C.
2037 Genesee Street
Utica, New York 13501
*Attorneys for Defendants William Fitzpatrick and Dr. Erik Mitchell*

IT IS SO ORDERED:

Thérèse Wiley Dancks
U.S. Magistrate Judge

Dated: 2/10/2023