UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SIDNEY MANES, Administrator of the Estate of HECTOR RIVAS,<br><br>                Plaintiff,<br><br>                v.<br><br>ONONDAGA COUNTY, CITY OF SYRACUSE, WILLIAM FITZPATRICK, DR. ERIK MITCHELL, and "JOHN DOES 1-10,"<br><br>                Defendants. | Civil Action No.<br>5:19-cv-00844-BKS-TWD<br><br>**NOTICE OF MOTION** |

**PLEASE TAKE NOTICE** that Defendant ONONDAGA COUNTY (Defendant), by and through their counsel, Mark A. Ventrone, Deputy County Attorney, move before the Honorable Brenda K. Sannes, Chief United States District Judge of the United States District Court for the Northern District of New York for an Order, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, dismissing Plaintiff Sidney Manes Complaint with prejudice and granting Defendants such other and further relief as the Court deems just and proper; and

**PLEASE TAKE FURTHER NOTICE** that in support of their motion Defendant relies upon the accompanying Affirmation of Mark A. Ventrone, any reply papers that Defendants may file, and any other documents of record in this case.

Dated: October 31, 2024
       Syracuse, New York

                                              Mark A. Ventrone
                                              Deputy County Attorney
                                              Bar Roll Number: 1027677
                                              *Attorney for Defendant Onondaga County*
                                              Onondaga County Department of Law
                                              John H. Mulroy Civic Center, 10th Floor
                                              421 Montgomery Street
                                              Syracuse, New York 13202
                                              Telephone: (315) 435-2170
                                              Fax: (315) 435-5729
                                              Email:  markventrone@ongov.net