# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF NEW YORK

---

SIDNEY MANES, Administrator of the Estate of
HECTOR RIVAS,

          Plaintiff,

vs.

ONONDAGA COUNTY, CITY OF SYRACUSE,
WILLIAM FITZPATRICK, DR. ERIK MITCHELL,
AND "JOHN DOES 1-10",

          Defendants.

***NOTICE OF MOTION***

Civil Action No. 5:19-cv-844
(BKS/TWD)

---

    PLEASE TAKE NOTICE that Defendant William Fitzpatrick requests that the Court grant Defendant's motion for summary judgment pursuant to Rule 56 of the Federal Rules of Civil Procedure, and dismissing the Complaint and all claims as against the above-named Defendant in their entirety.

In support of Defendant's motion, I submit the following documents:

- Affirmation of Attorney Robert F. Julian, Esq., affirmed the 31 day of October, 2024, with all exhibits annexed thereto;

- Affirmation of Defendant William Fitzpatrick, affirmed the 30 day of October, 2024;

- Statement of Undisputed Material Facts dated October 31, 2024;

- Memorandum of Law in Support of Defendant's Motion.

1

Dated: October 31, 2024

                                                 Robert F. Julian, Esq.
                                                 Bar Roll # 601157
                                                 Robert F. Julian, P.C.
                                                 *Attorneys for Defendants William Fitzpatrick*
                                                 *And Dr. Erik Mitchell*
                                                 Office and Post Office Address
                                                 2037 Genesee Street
                                                 Utica, New York 13501
                                                 (315) 797-5610

To:     Joshua S. Moskovitz, Esq.
          HAMILTON CLARKE, LLP
          *Attorneys for Plaintiff*
          Office and Post Office Address
          48 Wall Street, Suite 1100
          New York, New York 10005

          Scott A. Korenbaum, Esq.
          *Attorneys for Plaintiff*
          14 Wall Street, Suite 1603
          New York, New York 10005

          Rob Rickner, Esq.
          RICKNER PLLC
          *Attorneys for Plaintiff*
          14 Wall Street, Suite 1603
          New York, New York 10005

          John E. Heisler, Jr., Esq.
          ONONDAGA COUNTY DEPARTMENT OF LAW
          *Attorneys for Defendants Onondaga County*
          421 Montgomery Street, 10th Floor
          Syracuse, New York 13202

          Mark A. Ventrone, Esq.
          ONONDAGA COUNTY DEPARTMENT OF LAW
          *Attorneys for Defendants Onondaga County*
          421 Montgomery Street, 10th Floor
          Syracuse, New York 13202