# EXHIBIT "C-3"

J. CASSANO - REDIRECT BY MR. FITZPATRICK                525

MR. CALLE:  Yes.

THE COURT:  Thanks.  Watch your step.

THE WITNESS:  Yeah.

(Witness excused.)

MR. FITZPATRICK:  Jim Crimi.

*                    *                    *

J A M E S    C R I M I ,                called as a

witness on behalf of the People of the State of New York,

having been duly sworn, was examined and testified, under

oath, as follows:

THE COURT:  Now, I want you to keep your

voice up nice and loud, okay?  You can't answer

by saying mm-hmm; you have to say yes or no.  And

if you don't understand the question, ask him to

repeat it.  All right?

J. CRIMI                                                    526

                        THE WITNESS:  Yeah.


DIRECT EXAMINATION BY MR. FITZPATRICK:

        Q       Jim, good morning.  Tell us your full name,

please.

        A       My full name is James Crimi.

        Q       And, Jim, are you married or single?

        A       I'm single.

        Q       How old are you?

        A       Twenty-eight years old.

        Q       Where do you live?

        A       I live in the Village of Eastwood, Syracuse.

        Q       And how long have you lived in the Syracuse area?

        A       All my life.

        Q       And are you working now?

        A       Yes, I am.

        Q       What do you do?

        A       I'm an apprentice for an optician.  I work for

Empire Vision Centers.

        Q       Is that some type of program where you will

eventually be an optician?

        A       Yes, it is.

        Q       How long does that take?

        A       Two to four years.

J. CRIMI - DIRECT BY MR. FITZPATRICK                    527

     Q     And how long have you been doing that?

     A     Two years.

     Q     Would you tell me, Jim, if you were working back
in March of '87?

     A     Yes, I was.

     Q     What were you doing back then?

     A     Back then I was working for a company called
O.M. Edwards in Syracuse.

     Q     What did you do for them?

     A     I was an electrical assembler.

     Q     And do you remember what days you worked, what
hours you worked?

     A     Yes.  I worked basically Monday through Friday.

     Q     Nine to five?

     A     (No verbal response.)

     Q     Thereabouts?

     A     Seven to three.

     Q     Seven to three.  Okay.  Back in March of '87, Jim,
I want to ask where were you living back then?

     A     I was living in -- on Forest Hill Drive.

     Q     And that's here in the City of Syracuse, is it?

     A     Yes, it is.

     Q     Were you dating anybody back then in March of '87?

     A     Yes, I was.

J. CRIMI - DIRECT BY MR. FITZPATRICK                              528

Q    Who was that?

A    I was dating Susan Stonecipher.

Q    Where did she live?

A    She lived right around the corner on Hickok Avenue.

Q    That was at 250 Hickok Ave.?

A    Yes, it was 250 Hickok.

Q    And how long had you been going with Susan back in March of '87?

A    I've been with Susan about five years.

Q    And did you know her downstairs neighbor, Valerie Hill?

A    Yes, I did.

Q    How did you know Valerie?

A    Well, I visited Susan -- friendly -- and I had a relationship, so I became aware of the neighbor downstairs from spending time with Susan and her family at her house.

Q    Say hi to you once in a while?

A    Of course.

Q    Once in a while?

A    Like that, of course.

Q    Did you know Valerie Hill's -- strike that.

     Did you know a person by the name of Hector Rivas, that she had been dating?

A    Yes, I did.

Q    And how did you know Mr. Rivas?

A    Well, I knew Valerie had a boy friend, and I had seen him at the residence.

Q    Had you, on occasion, greeted him and said hello to him?

A    Very occasionally.

Q    And is this him here in the courtroom this morning?

A    Yes, it is.

Q    And is he sitting at the table over here with the pad in his hand there?

A    Yes, it is.

Q    All right, Jim.  Now, how many times had you seen Hector Rivas prior to March of '87?

A    Oh, several times, dozens of times.

Q    All right.  And did you know what type of vehicle he drove?

A    Yes, I did.

Q    Did you become aware, Jim, on March 30th -- and I've got a calendar here in front of me.  Can you see that from where you are?

A    Yes, I can.

Q    Did you become aware on March 30th, 1987, a

J. CRIMI - DIRECT BY MR. FITZPATRICK                    530

Monday, that Miss Hill had been found dead?

    A    Yes.  I remember that.

    Q    How did you become aware of that?

    A    I was at work that day.  I heard over the radio.

    Q    What did you do when you learned that?

    A    I immediately dropped what I was doing and left
work in a panic.

    Q    And went where?

    A    Directly to Susan's house.

    Q    Were you concerned about her?

    A    Absolutely.

    Q    All right.  Now, did you and have you -- or,
strike that.

        Have you a recollection of that weekend, the
Sunday, the 29th, Saturday the 28th, and Friday the 27th?

    A    Yes.

    Q    And I want to draw your attention to Friday,
March the 27th of 1987, and ask if you recall that day.

    A    Yes, I do recall.

    Q    Did you, Jim, did you see Susan Stonecipher on
that date?

    A    Yes, I did.

    Q    When did you first see her that day?

    A    Uh -- evening -- well, the first time -- yeah,

J. CRIMI - DIRECT BY MR. FITZPATRICK                    531

evening, I saw her when I picked her up from work.

    Q    You picked her up from her place of employment?

    A    Yes, I did.

    Q    Where did she work back then?

    A    At the time she worked at Nikki's Restaurant downtown.

    Q    I see.  You picked her up after she got off work Friday night?

    A    Yes, I did.

    Q    Do you remember what time it was?

    A    I picked her up that evening about 8:00.

    Q    And do you remember what you did at 8:00 after you picked her up?

    A    Yes.  We kind of cruised around.  It was a Friday evening.

    Q    You were driving?

    A    Yes, I was.

    Q    Did she have a car back then?

    A    I think it was in the shop or something at the time.  She did own a car.  I picked her up on that specific date.

    Q    Would you regularly pick her up?

    A    Yes, regularly.

    Q    And what kind of car did you have?

J. CRIMI - DIRECT BY MR. FITZPATRICK                    532

1
2     A     Um -- I was driving a 1947 Chevy, which is a --

3     Q     Custom car?

4     A     -- antique auto that I restored, and I show it.

5     Q     All right.  And I don't mean to be disrespectful,

6     but did you drink at the time on that Friday?

7     A     Oh, absolutely not.  I don't drink, and I --

8     Q     You don't drink?

9     A     No.  Absolutely not.

10    Q     Now, after you picked up Susan and you cruised

11    around, did there come a time when you took her home?

12    A     Yes.

13    Q     And were you living with her on Hickok Ave. back

14    then?

15    A     No, I wasn't living with her.

16    Q     You had your own separate residence?

17    A     Yeah.  I was right around the corner, I lived.

18    Q     And did you drop her off Friday night?

19    A     Yes, I did.

20    Q     And about what time did you drop her off, as best

21    you recall?

22    A     It was after 11:00, 11 or 12.

23    Q     Somewhere in that neighborhood?

24    A     Yes.

25    Q     And you're -- in any event, you're certain it was

J. CRIMI - DIRECT BY MR. FITZPATRICK                          533

some time during the evening hours?

    A     Absolutely.

    Q     It was before midnight?

    A     Absolutely.

    Q     All right.  When you dropped her off, did you see anyone?

    A     Yes, I did.

    Q     Who did you see?

    A     I saw Valerie Hill's boy friend's car in front of the house, next door to Susan's.  It was kind of hanging out there.

    Q     How did you know it was Valerie's boy friend's car?

    A     Well, because I know the car.  I spend a lot of time working on cars.  I know cars very well.  I noticed it was his vehicle, as I pulled up -- I pulled up facing his vehicle, and my headlights were on.  Susan noticed, I noticed, we both looked, and, uh -- thought it was kind of different to see him just kind of sitting there.

    Q     Did you see someone in the car?

    A     Oh, yes, there was someone sitting in the car.

    Q     Who did you see in the car?

    A     It was Hector sitting in the car, smoking a cigarette.

J. CRIMI - DIRECT BY MR. FITZPATRICK                        534

Q    All right.  Did you have any conversation with him?

A    No.

Q    Did you acknowledge him in any way, with a wave or a gesture?

A    No, I did not.

Q    And do you know if the car was running or not?

A    Uh -- no, I don't know if the car was running or not, but I do know that the parking lights were on in the car -- on the car.

Q    And do you remember the license plate of that car?

A    Yes, I do.  The license plate read 1-RIVAS, or RIVAS-1.

Q    So it was a custom plate?

A    Yes, it was a personalized plate, nice car.

Q    All right, Jim.  Thanks very much.  Mr. Calle, who's the defense attorney, may have some questions for you.


CROSS-EXAMINATION BY MR. CALLE:

Q    Good morning to you.

A    Good morning.

Q    Is it Crimi, Mr. Crimi?

A    Yes, it is.

J. CRIMI - CROSS BY MR. CALLE                                535

     Q      Mr. Crimi, do you recall what time you arrived at

250 Hickok that evening of the 27th, March 1987?

     A      Uh -- yeah, I recall it was after 11:00.

     Q      Could it have been 11:00?

     A      Sure.

     Q      Do you recall where you parked your vehicle?

     A      Yes, I do.

     Q      When you parked your vehicle that time?

     A      Yes, I do recall.

     Q      Where was it?

     A      I parked the vehicle opposite side of Susan's

residence.

     Q      So on the street?

     A      Yes.

     Q      By the way, any street lamps on that street in

front of the house, 250?

     A      I believe there is one.

     Q      Where is that located, in relation to where

Mr. Rivas' van was allegedly parked?

                MR. FITZPATRICK:  Excuse me, your Honor.

          He did not testify as to a van being parked there.

                THE COURT:  What vehicle did you see?

                THE WITNESS:  It was a Riviera car, two

          door, light color.

J. CRIMI - CROSS BY MR. CALLE                    536

MR. CALLE:  Honest mistake, Mr. Fitzpatrick.

BY MR. CALLE:

Q    So where was this street lighting in relation to the vehicle?

A    Jeez, probably three or four car lengths before the vehicle, maybe a street lamp after the vehicle, as well.

Q    You don't know?

A    Not clearly, no, I don't.

Q    Were the interior lights on in the vehicle?

A    No, they were not.

Q    Did you enter the Stonecipher residence that evening?

A    No, I did not enter.

Q    Did you have occasion to see if Mr. Stonecipher's vehicle was parked in the driveway in front of his garage?

A    I don't recall.

Q    Do you recall if Miss Hill's vehicle was parked in front of her garage?

A    No.  My attention wasn't drawn to the driveway at that time.

Q    So you can't recall?

A    I do not recall.

Q    So you left Susan Stonecipher at the front porch?

A    Well, of course I waited until she entered the

J. CRIMI - CROSS BY MR. CALLE                                    537

house and then I proceeded on my way.

Q       How long were you there?

A       Oh, probably sat in the car for a very brief
moment, a couple minutes, maybe three or four minutes.

Q       Did you have occasion to notice if there were any
lights on in the 248 residence of Hickok?

A       No, I don't -- I don't recall if there was or
was not.

Q       You can't recall any of the lighting over there?

A       No, I don't.

Q       Do you recall hearing anything coming from inside
the apartment?

A       No.

Q       Do you have knowledge as to that night in
question, whether Susan Stonecipher arrived home before her
parents that evening?

A       I believe that evening she arrived after her
parents.

Q       Do you have any time estimate on that?

A       Not exactly.  Again, I would say it was in the
11 p.m., 12:00 area.  It was light.  She had worked all day
and --

Q       Do you know if her mother was up when she got
home?

A       No, probably not.

Q       Well, I asked you if you know.

A       No, I do not know.

Q       Nothing further.  Thank you, Mr. Crimi.

                THE COURT:  Anything, Mr. Fitzpatrick?

                MR. FITZPATRICK:  No.  Thank you, Jim.

                THE COURT:  Thanks very much.  Watch your

step, Jim.  Good luck to you in your business.

                THE WITNESS:  Thank you.

                (Witness excused.)

                THE COURT:  We're going to take a recess.

Don't form any opinions, discuss the case amongst

yourselves, look at any media articles about it.

Fifteen minutes.

                COURT ATTENDANT:  Right this way, please.

                (Proceedings stand in recess.)

                (Court and counsel are present.  Proceedings

resumed at this time.)

                THE COURT:  Would the record reflect that

we're back in session with defense counsel, the

attorneys, the defendant.  Outside the presence of

the jury.

                Mr. Fitzpatrick is prepared to mark an

exhibit, what will be labeled People's Exhibit 27,