# EXHIBIT "C-6"

```
                                                              212
```

L A U R A   L Y N N   A D A M S,   called as a witness on behalf of the People of the State of New York, having been duly sworn, was examined and testified, under oath, as follows:

DIRECT EXAMINATION BY MR. FITZPATRICK:

    Q    Ma'am, good morning. Would you tell the ladies and gentlemen of the jury your full name?

    A    Laura Lynn Adams.

    Q    And where do you live, ma'am?

    A    In Gansevoort, New York. It's right outside of Saratoga.

    Q    Could you tell us, please, are you married or single?

    A    Married.

    Q    And how long have you been married?

    A    Ten years.

    Q    Do you have any children?

    A    Two.

    Q    And what are their ages?

    A    Six and two.

    Q    And what do you do for a living?

    A    I'm a registered nurse.

    Q    Did you know the deceased, Valerie Hill?

    A    Yes.

```
 1   L. ADAMS - DIRECT BY MR. FITZPATRICK                    213
 2       Q    And when did you first meet Miss Hill?
 3       A    In 1977 when I first attended Cazenovia College.
 4       Q    Were you a freshman in 1977?
 5       A    Yes.
 6       Q    And she?
 7       A    Yes.
 8       Q    And did you room together?
 9       A    Our second year we roomed next door to each
10   other.  We weren't roommates in college.  After college
11   we were roommates.
12       Q    Did you continue a relationship after college?
13       A    Yes.
14       Q    And how close would you say you were to
15   Miss Hill?
16       A    We were good friends.
17       Q    And did you ever visit her in Cazenovia, or --
18   strike that.
19            When did you move to the Saratoga area?
20       A    Approximately November, November-December.
21            THE COURT:  Of what year, ma'am?
22            THE WITNESS:  I'm trying to think.  '80, I
23       believe.
24   BY MR. FITZPATRICK:
25       Q    1980.  And did you keep in contact with Miss Hill
```

```
1    L. ADAMS - DIRECT BY MR. FITZPATRICK                    214
2    from 1980 up until the time of her death?
3         A    Yes.
4         Q    And how often would you see her, or she see you?
5         A    Periodically -- in the summertime more.  We had
6    a boat.  She would come up and go out in our boat.  I
7    visited her before I got married by myself, and after I got
8    married, you know, we went to college reunions together.
9    She would come up once every couple of months -- not every
10   year during that whole time span, depending on, you know,
11   pregnancies, babies.
12        Q    Did you -- were you aware that she was
13   involved in a relationship with a Bob Lucas?
14        A    Yes.
15        Q    And had Mr. Lucas ever visited you with
16   Miss Hill?
17        A    I had been to his home when she lived with him,
18   I had stayed there with my husband and myself, with
19   Valerie.
20        Q    All right.  And when was your first child born?
21        A    1986.
22        Q    And what date?
23        A    May 23rd.
24        Q    And did Miss Hill ever visit you and see your
25   first child?
```

```
 1   L. ADAMS - DIRECT BY MR. FITZPATRICK                        215
 2       A     Yes.
 3       Q     How many times?
 4       A     I don't recall exactly how many times.  I know
 5   that I went to see her with the baby, also.
 6       Q     And where was she living when you went to see
 7   her?
 8       A     In Syracuse.
 9       Q     All right.  Do you remember the address?
10       A     No.
11       Q     Okay.  Did you become aware, Mrs. Adams, that
12   Valerie began to see another person by the name of Hector
13   Rivas?
14       A     Yes.
15       Q     Did you ever meet Mr. Rivas?
16       A     Yes.
17       Q     Where was that?
18       A     In my house, or -- we were renting at the time.
19       Q     Do you remember when that was?
20       A     It was in the summertime.  It was warm weather,
21   and I just had a baby.  I don't think she was more than a
22   month old.  So it was probably June of 1986.
23       Q     This is -- of 1986.  All right.
24             Now, I want to, first of all, I want to show you,
25   in front of me here there is a calendar of March of 1987.
```

L. ADAMS - DIRECT BY MR. FITZPATRICK                             216

Did you have any contact with Valerie Hill in that month?

    A    She was coming to visit me.

    Q    And when did you and she make plans for that visit?

    A    During the week before she died.

    Q    All right. And we know that she died sometime on the weekend of March 27th. So you're saying it would have been the week preceding that?

    A    I believe the last time I spoke with her was Wednesday, the 25th.

    Q    Okay. And when was the intended visit to be?

    A    She was coming either tentatively Friday night or Saturday morning.

    Q    Friday night, the 27th?

    A    Yes.

    Q    Or Saturday morning, the 28th?

    A    Yes.

    Q    All right. And was that discussed on the phone --

    A    Yes.

    Q    -- on Wednesday?

    A    Yes.

    Q    All right. And was she coming with anyone?

    A    No.

    Q    And could you tell us, did you ever talk to her

L. ADAMS - DIRECT BY MR. FITZPATRICK                              217

after Wednesday, the 25th?

    A    No.

    Q    Did you make any effort to talk to her after Wednesday, the 25th?

    A    Several.

    Q    Would you describe those for the jury, please?

    A    Well, Friday I started calling her approximately 4:30-ish, right up -- I went out for a few hours and then came back. I believe the last time I tried to call her was around midnight.

    Q    All right. Let's go a little bit slower now. You started around 4:30?

    A    Yeah. I was trying to find out, you know, "Are you going to come? What do you think, Friday night or Saturday morning?" She was going out to dinner, I think. It depended on what time she got home from dinner.

    Q    Did you -- you were unsuccessful Friday night?

    A    I was unsuccessful.

    Q    Now, you indicated you went out, and with whom did you go out?

    A    My husband.

    Q    And do you know if you had a babysitter for the child?

    A    I believe we took the baby to a friend's house

L. ADAMS - DIRECT BY MR. FITZPATRICK                                      218

and, you know, we came home early evening, 9-ish, maybe 9:30.

Q      Did you continue your efforts --

A      Yes, I did.

Q      -- to contact Miss Hill?

A      Yes, I did.

Q      And do you remember how many times you called her Friday night?

A      Dozens.

Q      And did you ever get a response?

A      No.

Q      And you estimate the last effort was around midnight?

A      Yes.

Q      Now, you are -- I know this is silly, but do you have any recollection of when you awoke Saturday morning?

A      Well, it would be early. I had a ten-month-old baby, I mean, I would certainly be up by 8.

Q      Did you resume your efforts?

A      Yes, I did. I called her first thing in the morning.

Q      Any response?

A      No.

Q      And did you continue that throughout the day?

```
1   L. ADAMS - DIRECT BY MR. FITZPATRICK                        219

2        A    I continued until early afternoon.

3        Q    Any success?

4        A    No.

5        Q    Okay. And when, after that, did you, if you did,
6   did you ever attempt to contact her again?

7        A    I believe I tried Sunday and, you know, I still
8   got no response. And then Monday I heard of her death.

9        Q    Okay. Now, how did you learn about her death?

10       A    My husband told me a police officer had come to
11  the house.

12       Q    This would have been at your home outside of
13  Saratoga?

14       A    Right.

15       Q    Now, Mrs. Adams, you knew Miss Hill for almost a
16  decade?

17       A    Mm-hmm.

18       Q    And you describe your relationship with her as
19  close?

20       A    Yes.

21       Q    All right. Now, I want you to tell me, and tell
22  the ladies and gentlemen of this jury, the likelihood, in
23  your judgment, of her not calling you to tell you that she
24  was not coming to visit?

25       A    She had come to visit me many, many times and
```

L. ADAMS - DIRECT BY MR. FITZPATRICK                        220

never once had she never, ever, not shown up or not called when she was coming to visit. I mean, she would -- she would not not call me to tell me. There'd be no reason for her just not to show up.

Q     All right. Mrs. Adams, thank you very much. The defense may have some questions for you.

CROSS-EXAMINATION BY MR. CALLE:

Q     Good morning, Mrs. Adams.

A     Good morning.

Q     Mrs. Adams, you recall that on March 25th of 1987 you attempted to call Valerie Hill approximately 4:30 in the afternoon, is that correct?

A     No, 27th.

Q     That's the 27th?

A     25th I spoke with her; 27th --

Q     You spoke with her the last time on the 25th. Okay. And the next time you attempted to speak with her would be the 27th?

A     Yes.

Q     And what time was that?

A     Approximately 4:30.

Q     That was 4:30. All right. And you say you were unsuccessful. What do you mean by unsuccessful?

L. ADAMS - CROSS BY MR. CALLE                                    221

       A     I didn't get any answer.

       Q     So did the phone ring?

       A     Yes.

       Q     And how many times did you call on Friday, the 27th?

       A     Dozens. I mean, I can't tell you exactly how many. I called several, several times.

       Q     Dozens is twenty-four, would you say?

       A     I'd say at least twenty, throughout that night.

       Q     Up until what hour?

       A     Approximately midnight.

       Q     And on those twenty times that you called there, the phone always rang?

       A     Except for one time it was busy on Friday.

       Q     What time was that?

       A     I don't recall exactly the time, and it was a very short time, and then it was -- there was no answer.

       Q     Well, you know, what numbered call that was, that you called and got this busy signal at Valerie Hill's house on March 27th, 1987?

       A     I would guess it would probably have been the eighth or ninth time.

       Q     Can you approximate what time?

       A     I'm uncertain if it was before I went out, or when

```
1    L. ADAMS - CROSS BY MR. CALLE                          222
2    I came home.
3         Q    What time did you go out?
4         A    Early evening.
5         Q    6 p.m., would that be fair?
6         A    That would be approximate.
7         Q    But you had no idea what time that was that you
8    made that call, that you received a busy signal?
9         A    I can't tell you exactly what time that was, no,
10   not at this time.
11        Q    Can you estimate?
12        A    It wouldn't be fair to estimate.  I, I don't
13   recall.
14        Q    Directing your attention to the morning of
15   March 28th, you estimate that you awoke approximately
16   8 p.m., because you had a new baby --
17        A    Ten months old, at that time.
18        Q    -- is that correct?
19        A    Yes.
20        Q    Okay.  And you had called, when you decided to
21   call Valerie that morning?
22        A    I called her first thing in the morning, as soon
23   as I awaken.
24        Q    And you -- and your call was unsuccessful at
25   that time?
```

L. ADAMS - CROSS BY MR. CALLE                               223

    A    There was no answer.

    Q    Tell this Court, please, at 8 a.m. on the 28th of March, did you receive a busy signal?

    A    No.

    Q    Do you recall hearing your husband tell that to a police officer?

    A    No.

        MR. FITZPATRICK:  Judge, I object.  That question is asked in bad faith.

        THE COURT:  I'm going to sustain the objection; improper question.

        MR. FITZPATRICK:  Could I be heard after we break for morning on that, if you'd just make a mental note of that, your Honor?

        THE COURT:  Sure.

BY MR. CALLE:

    Q    Is your husband here today, Mrs. Adams?

    A    No.

    Q    Sure.

    A    My husband never attempted to call her, so I don't know that he would --

        THE COURT:  Can I just stop you?  Would you mark your record?

        (Proceedings paused.)

```
1   L. ADAMS - CROSS BY MR. CALLE                           224
2                THE COURT:  Go ahead, sir.
3                MR. CALLE:  Thank you.
4   BY MR. CALLE:
5       Q    At the time, Mrs. Adams, you were living in
6   Schenectady?
7       A    No.  I was living at the same area that I'm
8   living in now.
9       Q    Where is that?
10      A    In Gansevoort.  It's about five minutes outside
11  of Saratoga.
12      Q    Oh, outside Saratoga.  So that weekend she was
13  to visit you, she was to come to that area of Saratoga?
14      A    Yes.
15      Q    And how long had you been living in that area
16  at this particular time in 1987?
17      A    Well, I've always lived in that area.  That
18  particular place, I think we just moved in the house.
19      Q    Did you ever live in Onondaga County?
20      A    Yes.
21      Q    And how long ago was that?
22      A    Right after college, '79.
23      Q    And can you tell me what the distance is in
24  mileage from Onondaga County to the Saratoga area, if you
25  know?
```

```
 1  L. ADAMS - CROSS BY MR. CALLE                              225
 2       A    It takes about three hours and fifteen minutes.
 3       Q    Approximate the mileage, if you know?
 4       A    No.  However long it takes to drive three hours
 5  and fifteen minutes at the speed limit.
 6       Q    And at the time you and Valerie were uncertain
 7  as to whether Valerie was to leave Friday night or Saturday
 8  morning, is that correct?
 9       A    Correct.
10       Q    Just to sum up, Mrs. Adams, getting back to the
11  27th, you went out early evening?
12       A    Correct.
13       Q    And there came a time when you came home that
14  evening?
15       A    Approximately 8:30, 9:00.
16       Q    And you don't know if you received a busy signal
17  before you got home, or after, is that correct?
18       A    That's correct.
19       Q    Thank you.
20            THE COURT:  Any redirect, sir?
21            MR. FITZPATRICK:  No.  Thank you,
22       Mrs. Adams.
23            THE COURT:  Watch your step.  Thanks very
24       much, ma'am.
25            (Witness excused.)
```