# EXHIBIT "G"

1    UNITED STATES DISTRICT COURT

2    NORTHERN DISTRICT OF NEW YORK

3    * * * * * * * * * * * * * * * * * * * * * * * * * *

4    SIDNEY MANES, Administrator of the Estate of HECTOR
     RIVAS,

5
                           Plaintiff,
6
                              Index No. 19-CV-844(BKS)(TWD)
7    against

8    ONONDAGA COUNTY, CITY OF SYRACUSE, WILLIAM
     FITZPATRICK, DR. ERIK MITCHELL, and "JOHN DOES 1-10",

9
                           Defendants.
10
     * * * * * * * * * * * * * * * * * * * * * * * * * *

11

12

13

14

15

16

17

18               **EXAMINATION BEFORE TRIAL** of

19          **DANIEL SPITZ, M.D.**, expert testimony taken

20          via videoconference by Zoom, held in New York

21          State on August 15, 2024.  This deposition

22          was taken by LISA M. SCHUSTER, Court Reporter

23          and Notary Public in and for the State of

24          New York.

25

1

2

3

4    APPEARANCES:

5

     For the Plaintiff:

6
          THE LAW OFFICES OF JOSHUA MOSKOVITZ, P.C.
7         392 Central Avenue, 7803
          Jersey City, New Jersey  07307
8         BY:  JOSHUA MOSKOVITZ, ESQ.

9         Also Present:  Sara Wolkensdorfer

10

11
     For the Defendants:
12
          ROBERT F. JULIAN, P.C.
13        2037 Genesee Street
          Utica, New York  13501
14        BY:  ROBERT JULIAN, ESQ.

15        Also Present:  Mary Jumbelic, M.D.

16

17        PARROTTA STUDIO
          350 Merchants Road
18        Rochester, New York
          Ken Williamson, Videographer
19

20

21

22

23

24

25

3

1                    INDEX TO WITNESSES

2
                                              PAGE
3    DANIEL SPITZ, M.D.

4        By Mr. Julian                          6

5        By Mr. Moskovitz                       67

6
                          -oOo-
7

8

9                    INDEX OF EXHIBITS

10
    DEPOSITION EXHIBITS:                        ID
11

12       1    Medical examiner's report - 36 pages    6
         2    Dr. Spitz's report and curriculum       6
13            vitae

14

15

16

17

18

19

20

21

22

23

24                        -oOo-

25

Lisa M. Schuster, CR        (315) 571-5838        lschuster@twcny.rr.com

1    rendering opinions that are reproducible and known and

2    understood with respect to those parameters.

3         Q.    I want to focus on the scientific aspect of the

4    forensic pathologist's work.  Based on your experience

5    and to a reasonable degree of certainty from that

6    experience and training, is there any basis in science

7    within the field of forensic pathology that supports an

8    opinion that Valerie Hill's death could have occurred

9    more than 48 hours before she was discovered?

10        A.    No, I don't think the scientific data would

11   support a longer time frame than 48 hours.

12        Q.    So we talked or you spoke a bit with Mr. Julian

13   about outliers.  Now, is it fair to say that in human

14   experience, there's always outliers?

15        A.    Of course.  There's outliers in virtually

16   everything that goes on.

17        Q.    Right.  And so science is aware of outliers and

18   takes that into account and that's not unusual, right?

19        A.    Right.  You know.  You're not saying that a

20   hundred percent of people follow the exact same process.

21   What you're saying is that we have known reproducible --

22   known reproducible process to analyze these kinds of

23   things, and while there's a bell curve, the overwhelming

24   majority, you know, follow that process, and there are

25   outliers.  And usually there's reasons for those

DANIEL SPITZ, M.D., by MOSKOVITZ                    71

1    outliers, but sometimes there's not or the reasons that

2    exist might not be known.

3          Q.    So when giving a scientific opinion or medical

4    opinion in your report, you talk about a reasonable

5    degree of medical certainty.  That's the type of opinion

6    that's based on reproducible data acknowledging that

7    there might be some extreme outliers, right?

8          A.    Correct.

9          Q.    And so would you say that in your experience in

10   providing an opinion on a window of the most likely time

11   of death, you would use outliers in expressing that

12   opinion?

13         A.    I would not.  I would not, because again,

14   you're looking at the overwhelming majority of cases, and

15   I suppose if you wanted to mention that outliers can

16   exist, but outliers are rare, you know, that would be a

17   truthful and accurate statement.  But as far as giving

18   opinions to a reasonable degree of medical certainty,

19   that encompasses what is known and reproducible and

20   doesn't really need to incorporate outliers, because

21   outliers exist in everything we do.

22         Q.    Are you aware of any scientific literature that

23   supports the conclusion that a room ambient temperature

24   of 62 degrees can prolong rigor mortis?

25         A.    Not to any significant measurable degree.  No,

DANIEL SPITZ, M.D., by MOSKOVITZ                    72

1   I'm not aware of anything like that.

2       Q.    Are you aware of scientific literature that

3   supports the conclusion that an ambient room temperature

4   of 62 degrees can prolong lividity?

5       A.    Not to any significant or measurable degree.

6       Q.    Are you aware of any scientific literature that

7   supports, taking into account anything that's visible in

8   the photographs of Miss Hill's brain, in determining the

9   likely time of death?

10      A.    No.

11          MR. MOSKOVITZ:  Thank you.  Those are all

12      the questions I have for Dr. Spitz.

13          MR. JULIAN:  Nothing further.

14          VIDEOGRAPHER:  Okay.  This will conclude

15      today's testimony.  The time is 4:44 p.m.  We

16      are off the record.

17          ( Whereupon, the examination concluded )

18                  -oOo-

19

20

21

22

23

24

25