# Exhibit "N"



