# EXHIBIT "T"

262a-1
Search Warrant, Dated March 30, 1987 (Pages 262a-1 - 262a-11)

87-37611

**Search Warrant**

**State of New York,**
County of ~~MADISON~~ Onondaga
**City Court of Syracuse**


DEFENDANT'S EXHIBIT
A
Pas 3/16/93

**In the Name of the People of the State of New York:**

To any ~~Peace~~ Police Officer in the County of Madison

Proof, by affidavit, having been this day made before me, by¹ Investigator, Timothy Phinney of the Syracuse, New York Police Department, DAVID HILL, RANDALL HILL (THP) MA WAYNE MURPHY, KATHY COLUCCI, ~~XXXXXXXXXXXXXXXX~~ and Inv. James (TH) Driscoll Inv David Phinney that there is probable and reasonable cause to believe that² a house key for the door of 248 Hicock Avenue, Apt. #1 Syracuse, NY, gray sweater and gray pants of Hector Rivas and any clothing stained by blood or semen, or contaminated with other body fluids or hairs, will be found within a 1986 Chevrolet van with NY plate AC9554, belonging to Hector M. Rivas.

You are, therefore, Commanded, to make search in the hours between ~~6:00 AM and 9:00 PM~~³ Any time of the¹ Day or Night

in the building situated, viz.:⁵ 4028 Nelson Heights, Town of ~~Cazenovia~~ Nelson, County of Madison, State of New York

in the Town of ~~CAZENOVIA~~ NELSON, County of Madison, N.Y., for the following property:⁶ House key for 248 Hicock Avenue, Apartment #1/Syracuse, NY AND gray sweater and gray pants of Hector Rivas AND any other blood stained, semen stained or contaminated clothing as specified in paragraph 2 above.

and if you find the same or any part thereof, to return and deliver it before me without unnecessary delay at my office in the City of Syracuse, County of Onondaga, N.Y.

Good cause being shown therefor, the executing police officer is authorized to enter the premises to be searched without giving notice of his authority and purpose. CPL §690.50.

Dated at the said ~~INDEX~~ City of ~~XXXXX~~ Syracuse, County of Onondaga, N.Y., the 30th day of March, 19 87

JUDGE OF ~~SUPREME COURT~~ COUNTY COURT Onondaga, N.Y.
SITTING AS A LOCAL CRIMINAL COURT

---

¹Name of affiant, title, law enforcement agency. CPL §690.05(1)
²State grounds of application. CPL §690.35(2).
³Or good cause being shown therefor, at any time of the day or night. CPL §690.30(2), §690.35(3).
⁴Premises, place, vehicle, person. CPL §690.15
⁵Give address, ownership, name of any other means essential to identification with certainty. This should be identical with corresponding portion of affidavit. CPL §690.45(4).
⁶Describe property to be seized with reasonable particularity. This should also be identical with corresponding portion of affidavit. CPL §690.45(3).

P008885