# EXHIBIT "A"



**MEDICAL EXAMINER'S OFFICE**
ONONDAGA COUNTY HEALTH DEPARTMENT
CENTER FOR FORENSIC SCIENCES

J. RYAN MCMAHON II
County Executive

INDU GUPTA, MD, MPH
Commissioner of Health

CAROLYN H. REVERCOMB, MD, DABP
Chief Medical Examiner

## CONFIDENTIAL INFORMATION ENCLOSED

**TO: Joanne Renaud, Senior Investigator**
**Onondaga County District Attorney's Office**
**505 South State Street, 4th Floor**
**Syracuse, NY  13202**

**RE: Valerie Hill, MEO Case M87-0208, SPD DR #87-37611**

**CONFIDENTIALITY NOTICE:** The document(s) and/or materials enclosed contains confidential information, belonging to the sender that is legally privileged.  This information is intended only for the use of the individual or entity named above. The authorized recipient of this information is prohibited from disclosing this information to any other party and is required to destroy the information after its stated need has been fulfilled, unless otherwise required by state law.

**If you are NOT the intended recipient,** you are hereby notified that any disclosure, copying, distribution, or action taken in reliance on the contents of the enclosed is strictly prohibited.  If you have received the enclosed in error, please notify the sender **IMMEDIATELY** to arrange for return.

0208          NOTIFICATION OF DEATH          463-5036

DATE 3/30/87 TIME 1:22 ~~AM~~ PM   INFORMANT Bruce Kiggins / Syr P.D.

DECEDENT Valerie Hill          AGE 28  RACE W  SEX F

LOCATION 248 Hickok Ave Syracuse          TOWN _____

TIME OF DEATH _____ AM PM   PRONOUNCED BY _____

NARRATIVE ABOUT DEATH - Homicide ?? strangulation
- ligature around neck - previous problems w/
boyfriend -

_____
_____
_____
_____
_____
_____

ORGAN/TISSUE DONATION ? _____

PROBABLE MANNER OF DEATH ? _____  DEATH CERTIFICATE ? _____

CAUSE OF DEATH EXPRESSED _____

_____  DR. _____

NOTIFICATION  MEDICAL EXAMINER _____ DATE _____ TIME _____ AM PM

DIRECTOR X DATE 3/30 TIME 1:29 AM PM

DISTRICT ATTY _____ DATE _____ TIME _____ AM PM

POLICE _____ DATE _____ TIME _____ AM PM

ACTION DIRECTED : _____
_____

NON M.E. DEATH _____
M.E. CASE TO REMOVE X
M.E. CASE NO REMOVAL _____          CALL RECEIVED BY _____
M.E. TO SCENE X

2

# 870208

## ONONDAGA COUNTY MEDICAL EXAMINER OFFICE
### SYRACUSE, NEW YORK

REPORT OF DEATH/INVESTIGATION    Type - Hosp. ☐  Scene ☒  Phone ☐

Name Valerie  Hill       Sex F  Age 28  S M W D  Color/Race White

Address 248 HICKOK AVE. Syracuse       Town

Occupation Reg. Nurse - St. Joe. SS#       DOB ▮▮▮▮▮▮

Call rec'd by E. Whitham       Time 1:22pm Date 3-30-87

Notified by Bruce Kiggins       Agency SPD

Supv. Notified WBS       Time 1:29pm

Place of Death 248 Hickok Ave. Syracuse, N.Y.

Pronounced dead by WBS       Time 330 (pm) Date 3-30-87

Amb. or Rescue Dept. EAS

Police Investigation by SPD

Body removed to MEO       Time 455 pm By WBS/EW

Identified by FATHER & BROTHER       Address

Relationship

Relatives:                Relationship
  Name RANDALL       FATHER       Address & Phone No.

  Name              MOTHER       Address & Phone No.

  Name                           Address & Phone No.

  Name DAVID HILL  BROTHER       Address & Phone No.

Manner of death: Accident___ Suicide___ Homicide X Natural___ Undet.___

                 Pending___

If motor vehicle: Driver n/a Passenger n/a Pedestrian n/a

Autopsy   Yes X No___

Probable cause of death  STRANGULATION

Death certificate signed by EKM       Date 3/30/87 Amended Date

Body released to DICK AYER VIA HOVER       Time 9.52PM Date 4-1-87
                 655-8101

LFT. 68"  WGT. 145 lb.

3

Found dead by _FATHER & BROTHER_____ Address_____

Witness to Injury/Illness/Death _____

_____

Family notified by _PRESENT_____

If unnatural:  Incident Date 3-_28_-87   Time _UNK._   Location 248 Hickok Ave. City

Previous Medical History:                                         Syracuse

_____

Meds _____

Attending Physician (Name & Address) _____

**Narrative summary of circumstances surrounding death:**

Notified by SPD Officer Kiggins of decedent found with a ligature around the neck and
reporting the death as a possible homicide. No further information was available at time
of call. WBS and EW responded to the scene.                            WW

   At 1:40P.M., Mr. Sullivan and this writer arrived at 248 Hickok Ave. where we were
met by CID investigators, provided I.D. to them, and allowed to cross police lines into
the yard of the home. We met with Off. Kiggins, Evid. Tech. Murphy, and Inv. Dan Erwin
who gave us the information pertaining to the investigation. We proceeded to the side
entrance of the home along with crime lab personell and was turned away and denied ent-
rance to the crime scene by S.P.D. Officer Stonecypher, who was apparently acting on orders
from personnel inside the home. We waited on the scene until 2:05PM, at which time we
questioned Inv. D. Erwin as to when we were going to be allowed inside. He stated that
the Crime Lab was going to process and video tape the scene and it was going to be easily
more than an hour before we could gain entrance. It was decided by all parties that this
office was going to depart the scene and would not return until we were notified to return
back when the scene had been processed. Furthur investigation into the call shows that
Eastern was notified to respond to the scene at 1:08PM.    _E.Whitlaw_

At 3:05pm investigators at the scene requested the presence of MEO staff. Dr. EKM & EFJ
responded to the scene.


Per Investigator Gordie Lane-
The decedent was last seen Friday by her father who took her to dinner after she got
out of work on Friday, 3-27-87 . She was a registered nurse employed by St. Josephs
Hospital and worked theday shift in the ER. She was found this date by her father and
brother. She was found in a prone position dressed in a bathrobe and had a blue
piece of material around her neck which appeared that she had been strangled with.
No further info. at this time.

                                             _signature_
                                        M. Bixelmeyer

VALERIE HILL                    CM 13874              Case File #87-0208

SCENE INVESTIGATION

On 3/30/87, I was called to 248 Hickok Street in Eastwood to examine a decedent identified later as Valerie Hill.

I pronounced the decedent dead at 3:30 P.M.

The decedent lay face down on a rug in the living room area. She was dressed in a bathrobe and a knit upper garment of some type. The bathrobe was up above the level of the buttocks and fecal smearing was evident eminating from the area of the anus over the buttocks and upper thighs. The body was in full rigor with fixed anterior livor. A small amount of bloody mucoid fluid came from the mouth and nose when the body was turned over. A sash with material similar to the bathrobe was coiled about the neck and petechiae were evident above but not below the level of this sash.

The apartment appeared to have been relatively cool as was the basement through ceiling from the floor upon which the decedent lay.

This appears a strangulation homicide.

Erik K. Mitchell, M. D.

VALERIE HILL            CM 13874              Case File #87-0208

March 30, 1987  5:30 P.M.

EXTERNAL EXAMINATION

The body is that of a 68 inch, 145 pound, Caucasian female who appears compatible with the stated age of 28.

The body has fixed anterior livor with flattening of the nose secondary to pressure. There is a small amount of bloody fluid coming from the mouth and nose.

There is full rigor with cutis anserina. The rigor is easily broken as the body is coming out of rigor.

On the body are three stud earrings with one on the right and two on the left. There are two white metal rings on the right ring finger and a white metal spoon type ring on the left middle finger.

The body is dressed in a bathrobe over a long sleeved nightshirt type garment.

The buttocks and upper thighs as well as lower back have multiple streaks of dried, caked, fecal material which eminate from the area of the anus in long projections.

The medial aspect of the right thigh, 4 inches above the knee, has a single 1/8th inch abrasion without surrounding evidence of reaction.

The body surfaces show no other acute evidence of bruise. There is no bruising of the forearms or hands. The fingernails are clean, long, unbroken and without evidence of any type of foreign material beneath them.

1

VALERIE HILL          CM 13874          Case File #87-0208

The body surfaces have large numbers of fibers. These are collected and transferred to the police.

EVIDENCE OF INJURY

About the neck is tightly wrapped in two and one half turns the sash from the bathrobe. Rostral to this ligature, the skin is purple with multiple petechiae evident. Caudal to the ligature, there are no petechiae in the livor. The sash ligature catches beneath it multiple locks of hair. There is some puffiness of the face and eyelids with pronounced scleral hemorrhage. Within the mouth, there is no laceration of the frenula but the mucosa of the lips circumorally shows large red, petechial discolorations.

The neck has streak hemorrhages into the right sternohyoid belly on the deep surface with multiple hemorrhages close to the attachment to the hyoid. The right sternothyroid has a single mid-belly streak hemorrhage at the point of the lower larynx and there is a similar hemorrhage into the left sternothyroid on the anterior surface of the muscle belly. The hyoid has prominent red discoloration of soft tissues about the right joint. There is red discoloration on the soft tissue surrounding a fracture of the hyoid close to the greater horn on the left. There is no visible hemorrhage within the depth of the fracture per se. The left greater horn of the thyroid cartilage is fractured without surrounding hemorrhage or hemorrhage within the

2

VALERIE HILL                    CM 13874                    Case File #87-0208

fracture. There are multiple epiglottal petechiae. There is no further fracture of the laryngeal cartilage.

The thyroid anteriorly on the left lobe has multiple confluent areas of red discoloration up to 0.6 cm. in greatest diameter. These discolorations are purely within the fascial covering of the thyroid.

There is no hemorrhage into the precervical fascia. The soft tissues anterior to the larynx and superior to the larynx, immediately deep to the ligature of the neck show yellow discoloration of the dermal tissues with some drying of that tissue.

The right temple has a 2 x 3/4 inch area of prominent red discoloration immediately lateral to the right eyebrow. This bruise is not distinctly evident within the livor on the skin surface but can be seen as a boggy, red, well defined mark within the deep tissue of the scalp.

There is no fracture of the skull and no associated hemorrhage or contusion deep to the bruise on the scalp.

The vagina and rectum are without bruise or acute injury.


INTERNAL EXAMINATION

The 1530 gram brain is mildly softened secondary to autolytic changes. There is no evidence of actue contusion injury. There is an estimated ml. of liquid subdural and subarachnoid blood over the lateral convexities close to the midline.

3

VALERIE HILL                    CM 13874              Case File #87-0208

The 280 gram heart has a normal coronary distribution without thrombotic or atherosclerotic involvement. This tissue is diffusely mildly softened secondary to autolysis. The endocardium is clear. There is no focal discoloration of the tissue. The valves are well formed, without vegetation and the aorta is elastic.

The 390 gram right lung and 390 gram left lung have a purple to pink tissue which, on section, shows an acinar distribution of red discoloration in the lower lobe on the right. Otherwise the tissue has a fairly uniform internal reddish discoloration. There is a small amount of pink, edema type foam in some of the larger airways. There is no clot in the vessels. There is no other focal discoloration. There is no focal change in texture.

The 1180 gram liver has a red, soft tissue with gassy crepitus mildly apparent. There is no nodularity or undue firmness. There is a thick sanguineous ooze from the cut surface. The gall bladder is present and empty. The hilar structures are without dilatation.

The 150 gram spleen has a thin capsule distended by a red internal tissue which is soft and with a distinct, diffuse, gassy crepitance.

The esophagus is without intrinsic lesion.

The stomach contains an estimated 250 ml. of a cloudy liquid with a fragment of what appears to be a congealed grease in one solid chunk. There is no acute ulceration of

4

VALERIE HILL                CM 13874                Case File #87-0208

the stomach.  The mucosa has lost some of the usual rugal folds.  The small and large bowel are without acute lesion when opened in their entirety.  There is a very light coating of mucoid, tan-brown material over the small bowel without a distinct chyme column.

Pancreatic lobulations are tan and softened somewhat by autolytic change.  There is no fat necrosis or fibrosis. There is no dilatation of the ducts.

The adrenals have a thin, yellow cortex and a red to gray central region.

The 150 gram right kidney and 170 gram left kidney have smooth cortical surfaces with a full cortical thickness.  The papillae are without ulceration.  The ureters are without dilatation going down to an empty bladder with a tan mucosa.

The internal genitalia show a uniform pinkish-tan myometrium without distortion.  The endometrium is thin and dark red with a reddish fluid present also in the endocervical mucus.  The fallopian tubes are without dilatation and the ovaries are rubbery.  The vaginal mucosa is blue. There is a Tampax present within the vagina.

5

*10*

VALERIE HILL                    CM 13874                    Case File #87-0208

AUTOPSY FINDINGS

1.   Facial petechiae.

2.   Fractures of hyoid and of thyroid cartilage.

3.   Dry, serous discoloration of neck soft tissues beneath
     ligature.

4.   Epiglottal petechiae.

5.   Streak hemorrhages into strap muscles.

6.   Focal red discoloration of thyroid capsule.


              Erik K. Mitchell, M. D.

6

VALERIE HILL                    CM 13874                Case File #87-0208

GROSS DESCRIPTION OF BRAIN AFTER FIXATION

The formalin fixed brain weighs 1740 grams. External examination of the brain over the convexities and at the base reveals normal structure without evident abnormality. Coronal sections of the cerebral hemispheres reveal essentially normal development of the brain without evidence of pathologic abnormality. The deeper areas of the brain are riddled with cavities developed due to decomposition.

DIAGNOSIS

Normal brain with postmortem decomposition.

George Collins, M. D.

ASE # 87-0208   NAME VALERIE HILL   AGE 28  RACE W  SEX F  HT 68 WT 145

AIR_____  EYES_____  TEETH_____  TIME 5:30 PM



13

TAPE #_____    INITIALS_____

CASE # *87-0208*    DATE *3/30/87*    MANNER_____    TIME *5:30 PM*

HT *280*          S *150*          AGE *28*    HT_____    WT_____
RL *390*          RK *120*
LL *390*          LK *110*
L *1180*          B *1530*

NECK AIRWAY
        HYOID
        EPIGLOTTIS
        THYROID
        ESOPHAGUS
        BONE
        THYMUS
        HEART
                EPICARDIUM
                CORONARY
                VALVE
                MYOCARDIUM
                ENDOCARDIUM
        AORTA
        RIBS
        PLEURAL CAVITY R._____ L._____ mls.
                AIRWAY
                VESSELS
                TISSUE

PERITONEAL CAVITY_____ ml.
                LIVER
                GALLBLADDER_____ ml.
                SPLEEN
                ESOPHAGUS
                STOMACH_____ ml.
                APPENDIX
                BOWEL.

RETROPERITONEUM
                PANCREAS
                ADRENAL_____ cm.
                KIDNEYS
                URETERS
                BLADDER_____ ml.
GENITALIA

SCALP
SKULL
BRAIN
PITUITARY

BONES
                PELVIC
                VERTEBRAL
                EXTREMITIES

*Pg 14*

ONONDAGA COUNTY DEPARTMENT OF HEALTH

James R. Miller, M.D.
Commissioner of Health

**Division of Laboratories**
600 South State Street, P.O. Box 38
Syracuse, New York 13201
(315) 425-2256

Erik K. Mitchell, M.D.
Medical Exam./Lab. Dir.

REPORT OF TOXICOLOGICAL SCREENS

| Case Number | 87-0208<br>VALERIE HILL      3-30-87<br>28 YRS.              FEMALE<br>WHITE | 3-31-87<br>Date Received |
|---|---|---|
| Requested by | Agency | 4-30-87<br>Date Reported |

Specimens Submitted:   ✓ Blood   ___ Urine   ✓ Vitreous Humor   _Liver_

## RESULTS

| **Blood** | Neg. | Pos. | NA* | **Vitreous Humor** | Neg. | Pos. | NA* |
|---|---|---|---|---|---|---|---|
| Ethanol | . | 0.03 gm/dl | | Ethanol | | 0.02 gm/dl | |
| Carbon Monoxide | | % | | **Bile**<br>Ethanol | | gm/dl | |

| **Urine** | Neg. | Pos. | NA* | **Urine EMIT** | None Detected | | NA* |
|---|---|---|---|---|---|---|---|
| Ethanol | | | | Amphetamines | | . | |
| **Urine Drug Screens** | None Detected | | NA* | Barbiturates | | | |
| Acetaminophen | | | | Benzodiazepines | | | |
| Ethchlorvynol | | | | Cocaine Metabolite | | | |
| Imipramine/<br>Desipramine | | | | Opiates | | | |
| Phenothiazines | | | | Phencyclidine (PCP) | | | |
| Salicylates | | | | Propoxyphene | | | |
| | | | | Cannabinoids | | | |

OTHER:   _BASIC drugs were not detected in the blood, Liver or gastric contents._
_GASTRIC Ethanol - 0.16 gm/dL_

Legend:   *NA - No Analysis Performed        #QNS - Quantity Not Sufficient

If no further analyses are requested within five (5) working days and if no additional
analyses are being performed, this will constitute our official toxicology report.
Additional analyses are ~~not~~ being performed.

_A Clip Wells_
Toxicologist

Pg 5

## ONONDAGA COUNTY DEPARTMENT OF HEALTH

James R. Miller, M.D.
Commissioner of Health

**Division of Laboratories**
**600 South State Street, P.O. Box 38**
**Syracuse, New York 13201**
**(315) 425-2256**

Erik K. Mitchell, M.D.
Medical Exam./Lab. Dir.

### REPORT OF TOXICOLOGICAL SCREENS

| Case Number | 87-0208<br>VALERIE HILL<br>28 YRS.<br>WHITE       3-30-87        FEMALE | 3-31-87<br>Date Received |
| --- | --- | --- |
| Requested by | Agency | 5-30-87<br>Date Reported |

Specimens Submitted: ✓ Blood ___ Urine ✓ Vitreous Humor ___ Liver

### RESULTS

| Blood | Neg. | Pos. | NA* | Vitreous Humor | Neg. | Pos. | NA* |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Ethanol | · | 0.03 gm/dl | | Ethanol | | 0.02 gm/dl | |
| Carbon Monoxide | | % | | **Bile** | | | |
| | | | | Ethanol | | gm/dl | |

| Urine | Neg. | Pos. | NA* | Urine EMIT | None Detected | | NA* |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Ethanol | | | | Amphetamines | | · | |
| Urine Drug Screens | None Detected | | NA* | Barbiturates | | | |
| Acetaminophen | | · | | Benzodiazepines | | | |
| Ethchlorvynol | | | · | Cocaine Metabolite | | | |
| Imipramine/<br>Desipramine | | | | Opiates | | | |
| Phenothiazines | | | | Phencyclidine (PCP) | | | |
| Salicylates | | | | Propoxyphene | | | |
| | | | | Cannabinoids | | | |

OTHER: BASIC drugs were Not detected in the blood, Liver or gastric contents.
GASTRIC ETHANOL — 0.16 gm/dl
ACIDIC DRUGS Not Detected in the blood.

Legend: *NA - No Analysis Performed    #QNS - Quantity Not Sufficient

If no further analyses are requested within five (5) working days and if no additional
analyses are being performed, this will constitute our official toxicology report.
Additional analyses are ~~not~~ being performed.

7/13/87
ws

_____
Toxicologist

Pg 16

# TOXICOLOGY SYSTEM

## ONONDAGA COUNTY MEDICAL EXAMINER'S OFFICE

case no. 87-0208

name  Valerie  HILL

age 28  dob 12/11/58  ht 5'0"  wt 145 lb

race Wht  sex Fem  date death 3-30-87

place death 248 Hickok Ave., Syracuse, N.Y.

incident date & location 3-30-87 (found)
248 Hickok Ave. Syracuse, N.Y.

occupation _____  Reg. nurse

occupational death: ____ yes  X no

vehicular: n/a dr. n/a pas. n/a ped.

condition: X fresh ___ mod. dec.

sex. dec. ____ embalmed

____ suspected mode death

N ___ A ___ S X H ___ U ___ PEND.

reason pend.

drugs/poisons avail. UNK

suspected UNK

meds. UNK

**anatomical/exam findings**

STRANGULATION

## NARRATIVE/MED.HIST.

Deced. was found prone in her
residence by father and brother. Last
seen Friday by the father. Appears
as though deced. was there appx.
2-3 days.

Found prone with a piece of blue
material around the neck.

---

autopsy  X  exam/date 3-30-87  time 5:30p  prosect GLW  asst WB/LJ

SPECIMEN  DESCRIPTION & SUBMIT:

| | | AMT | TO LAB | RETAIN | OTH. |
|---|---|---|---|---|---|
| a.m. other | None | | | | |
| a.m. blood | None | | | | |
| p.m. blood | (2) Two Vel. top Purple Red 2 | | | | I-57 |
| | (1) Heart Blood Red | | 1 | 0 | 0 |
| vitreous | grey/red | one Red/one Grey | one/one | 0/1 | 0/0 |
| urine | | | 1 | 0 | 0 |
| csf | | | | | |
| bile | | | | | |
| gastric | plastic | | 1 | 0 | 0 |
| liver | plastic | | 1 | 0 | 0 |
| brain | | | | | |
| kidney | plastic | | 1 | 0 | 0 |
| other | | | | | |
| | | | | | |
| cultures | vaginal oral | | | | |
| swabs | rectal | | | | |
| slides | cervical | | 1 | | |
| trace evidence | (1) two 6 hairs from rt front leg | | | | |

TESTS REQUESTED:  ___ ETOH  ___ CO  ___ OTHER-

___ URINE DRUG  ___ BLOOD DRUG  X COUNTY LAB

___ OTHER TESTS

signature _____

date 3/30/87  time 745p  Delivered by _____  date 3-31-87  time 9:37 am

Received by _____  date 3-31-87  time 9:37 am

P917

## PRESCRIPTION RECORD

**NAME** Valerie Hill

**CASE #** 87-0208

---

**1**

Drug  Vivarin - stimulant tabs
Dr.  Loose
Pharm.
Phone No.
Rx. No.
Date
Amt. Issued
Amt. Remaining  (20) (21) Twenty-one

**2.**

Drug  Valium 5mg
Dr.  Tilley
Pharm.  North Syr. Pharm.
Phone No.  458-3363
Rx No.  35769
Date  6/15/85
Amt. Issued  90
Amt. Remaining  8 1/2

Script written To - Doretta Hill

**3**

Drug  Darvocet N-100
Dr.  Tilley
Pharm.  North Syr. Pharm.
Phone No.  458-3363
Rx. No.  36425
Date  6/12/85
Amt. Issued  60
Amt. Remaining  17

script written To - Doretta Hill

**4.**

Drug  Darvocet N-100
Dr.  Tilley
Pharm.  North Syr. Pharm
Phone No.  458-3363
Rx No.  36425
Date  7/9/85
Amt. Issued  60
Amt. Remaining  45

script written To - Doretta Hill

**5**

Drug  Dalmane 30mg cap
Dr.  Tilley
Pharm.  North Syr. Pharm
Phone No.  458-3363
Rx. No.  33624
Date  7/9/85
Amt. Issued  30
Amt. Remaining  14

Script written to - Doretta Hill

**6**

Drug  Provera 10mg
Dr.  Massad
Pharm.  St Joseph's Hosp.
Phone No.  424-5194
Rx No.  16147
Date  1/21/86
Amt. Issued  unknown
Amt. Remaining  2

**7**

Drug  Bactrim DS
Dr.  Y. Ng
Pharm.  St Joseph's Hosp.
Phone No.  424-5194
Rx No.  unknown
Date  unknown
Amt. Issued  unknown
Amt. Remaining  11

**8**

Drug
Dr.
Pharm.
Phone No.
Rx. No.
Date
Amt. Issued
Amt. Remaining

18

CASE # **870208**

COUNTY OF ONONDAGA

CERTIFICATE OF IDENTIFICATION

To the Medical Examiner:

I declare it to be my opinion that the remains # *87-0208*

viewed by me are that of ___Valerie___ ___Hill___,

(name)

28 years, *248 HICKOK AVE SYRACUSE N.Y.*

age     (last known address)

Signed *Mr. Gordon Lane*

Date *3/20/87*     Address *PD*

Time *8:00 PM*

Witness

REMARKS:

ID BY- *FATHER RANDALL HILL AND BROTHER DAVID HILL*
*VERBALLY AT SCENE PER SYRACUSE P.D.*

Identification accepted *3/30/87*

(Date)

(Signed)

*19*

Valerie Hill 87-0208

2. ALL COPIES MUST BE LEGIBLE.
3. INCOMPLETE CERTIFICATES WILL BE RETURNED.

V.S. 60 (REV 1/76)

**NEW YORK STATE
DEPARTMENT OF HEALTH
CERTIFICATE OF DEATH**

STATE FILE NUMBER

| CENSUS TRACT | SUB-DIVISION | | RECORDED DISTRICT |
|---|---|---|---|
| | | | REGISTER NUMBER |

STATISTICAL DISTRICT
REC.
RES.

**DECEDENT**

1. NAME: FIRST / MIDDLE / LAST

2. SEX — MALE ☐  FEMALE ☒ (2)

3A. DATE OF DEATH — MONTH Mar / DAY 30 / YEAR 87

3B. HOUR 3:30 P.M.

4. AGE — YEARS
IF UNDER 1 YEAR: MONTHS / DAYS
IF UNDER 1 DAY: HOURS / MINUTES

5. DECEDENT BORN — MONTH / DAY / YEAR

6. VETERAN OF U.S. ARMED FORCES? NO ☐ YES ☐ IF YES, SPECIFY WAR OR DATES OF SERVICE

7. SOCIAL SECURITY NUMBER

8A. COUNTY OF DEATH

8B. LOCALITY (CHECK ONE AND SPECIFY) ☐ CITY OF ☐ TOWN OF ☐ VILLAGE OF

8C. HOSPITAL OR OTHER INSTITUTION (IF NEITHER, GIVE ADDRESS)

8D. IF IN HOSPITAL OR INSTITUTION (CHECK ONE) 1 D O A / 2 EMERGENCY ROOM / 3 OUTPATIENT / 4 INPATIENT

8E. IF INPATIENT ADMISSION DATE — MONTH / DAY / YEAR

9. STATE OF BIRTH (COUNTRY IF NOT USA)

10. CITIZEN OF WHAT COUNTRY?

11. MARITAL STATUS (CHECK ONE) 1 ☐ NEVER MARRIED 2 ☐ MARRIED OR SEPARATED 3 ☐ WIDOWED 4 ☐ DIVORCED

12. SURVIVING SPOUSE (IF WIFE GIVE MAIDEN NAME)

13. RACE: WHITE, BLACK, AMERICAN INDIAN, OTHER (SPECIFY)

14. OF SPANISH ORIGIN? IF YES CHECK ONE ☐ YES ☐ NO 1 ☐ MEXICAN 2 ☐ PUERTO RICAN 3 ☐ CUBAN 4 ☐ CENTRAL OR SOUTH AMERICAN ☐ OTHER SPANISH ORIGIN (SPECIFY)

15. EDUCATION: INDICATE HIGHEST GRADE COMPLETED ONLY — ELEMENTARY 0 1 2 3 4 5 6 7 8 / HIGH SCHOOL 9 10 11 12 / COLLEGE 1 2 3 4 5 &6

16A. USUAL OCCUPATION (DO NOT ENTER RETIRED)

16B. KIND OF BUSINESS OR INDUSTRY

16C. NAME AND LOCALITY OF FIRM OR COMPANY

**RESIDENCE** — USUAL RESIDENCE WHERE DECEDENT LIVED.

17A. STATE

17B. COUNTY

17C. LOCALITY (CHECK ONE AND SPECIFY) ☐ CITY OF ☐ TOWN OF ☐ VILLAGE OF

17E. IF CITY OR VILLAGE, IS RESIDENCE WITHIN CITY OR VILLAGE LIMITS? YES ☐ NO ☐ IF NO, SPECIFY TOWN:

17D. STREET AND NUMBER OF RESIDENCE (INCLUDE ZIP CODE)

18A. NAME OF FATHER: FIRST / MIDDLE / LAST

18B. MAIDEN NAME OF MOTHER: FIRST / MIDDLE / LAST

19A. NAME OF INFORMANT

19B. MAILING ADDRESS (INCLUDE ZIP CODE)

**DISPOSITION**

20A. BURIAL, CREMATION, REMOVAL OR OTHER DISPOSITION (SPECIFY) — MONTH / DAY / YEAR

20B. PLACE OF BURIAL, CREMATION, REMOVAL OR OTHER DISPOSITION

20C. LOCATION (CITY OR TOWN, STATE)

21A. NAME AND ADDRESS OF FUNERAL HOME

21B. REGISTRATION NO.

22A. NAME OF FUNERAL DIRECTOR

22B. SIGNATURE OF FUNERAL DIRECTOR

22C. REGISTRATION NO.

23A. SIGNATURE OF REGISTRAR

23B. DATE FILED — MONTH / DAY / YEAR

24A. BURIAL OR REMOVAL PERMIT ISSUED

24B. MONTH / DAY / YEAR

**CERTIFIER**

25. TO BE COMPLETED BY CERTIFYING PHYSICIAN ONLY

A. TO THE BEST OF MY KNOWLEDGE, DEATH OCCURRED AT THE TIME, DATE AND PLACE AND DUE TO THE CAUSES STATED — MONTH / DAY / YEAR

SIGNATURE

B. THE PHYSICIAN ATTENDED THE DECEASED — FROM: MONTH / DAY / YEAR  TO: MONTH / DAY / YEAR

C. LAST SEEN ALIVE — MONTH / DAY / YEAR

D. NAME OF ATTENDING PHYSICIAN, IF OTHER THAN CERTIFIER

— OR —

25. TO BE COMPLETED BY CORONER OR MEDICAL EXAMINER ONLY

A. ON THE BASIS OF EXAMINATION AND/OR INVESTIGATION, IN MY OPINION DEATH OCCURRED AT THE TIME, DATE AND PLACE AND DUE TO THE CAUSES STATED ☐ CORONER ☐ CORONER'S PHYSICIAN ☒ MEDICAL EXAMINER

SIGNATURE AND TITLE

B. PRONOUNCED DEAD — ON Mar 30 87 AT 3:30 p.M.  C. HOUR

D. DATE SIGNED — Mar 30 87

E. SIGNATURE OF CORONER OR CORONER'S PHYSICIAN IF OTHER THAN CERTIFIER

26. NAME AND ADDRESS OF CERTIFIER (PHYSICIAN, CORONER, MEDICAL EXAMINER, CORONER'S PHYSICIAN, MEDICAL DIRECTOR)

Erik K. Mitchell, M.E. 330 W. Onondaga St. Syracuse, N.Y. 13202

**CAUSE** — CONDITIONS, IF ANY, WHICH GAVE RISE TO IMMEDIATE CAUSE (A) STATING THE UNDERLYING CAUSE LAST.

27. DEATH WAS CAUSED BY ENTER ONLY ONE CAUSE PER LINE FOR (A), (B) AND (C)

PART I. IMMEDIATE CAUSE
(A) strangulation
DUE TO, OR AS A CONSEQUENCE OF:
(B)
DUE TO, OR AS A CONSEQUENCE OF:
(C)

APPROXIMATE INTERVAL BETWEEN ONSET AND DEATH

PART II. OTHER SIGNIFICANT CONDITIONS: CONDITIONS CONTRIBUTING TO DEATH BUT NOT RELATED TO CAUSE GIVEN IN PART I (A)

28A. AUTOPSY? YES ☒ NO ☐

28B. IF YES, WERE FINDINGS CONSIDERED IN DETERMINING THE CAUSE OF DEATH? ☒ YES ☐ NO

29. WAS CASE REFERRED TO CORONER OR MEDICAL EXAMINER? ☒ YES ☐ NO

30A. SPECIFY IF ACCIDENT, HOMICIDE, SUICIDE, UNDETERMINED, PENDING INVESTIGATION
Homicide

30B. DATE OF INJURY — MONTH Mar / DAY unk / YEAR 87

30C. HOUR OF INJURY unknown M.

30D. DESCRIBE HOW INJURY OCCURRED
strangled by other person(s)

30E. INJURY AT WORK? YES ☐ NO ☒

30F. PLACE OF INJURY: HOME, FACTORY, OFFICE BLDG., ETC.
home

30G. LOCATION (STREET & NO., CITY OR VILLAGE, TOWN, COUNTY, STATE)
248 Hickok Ave. Syracuse, Onondaga Co., N.Y.

20

## RELEASE OF DECEASED

TO WHOM IT MAY CONCERN:

I wish for the body of __MISS  VALERIE J. HILL_____ , Deceased,
to be released to the RICHARD F. AUER FUNERAL HOMES,
38 Sullivan Street, Cazenovia, New York.

I am related to the Deceased as: _Father_ ~
(Relationship)

X_Randall Hill_____ L.S.
Dated: _31 March 1987_

_Daniel Hill_____ L.S.
(WITNESS)

_Richard F. Auer_____ L.S.
(Funeral Director)

21

870208

Date _____ March 30 _____ 19 87

Onondaga County Medical Examiner's Office

330 West Onondaga Street

Syracuse, New York

I certify that I received the body of

Valerie     Hill _____ who resided at

_248 Hickok Ave. Syracuse_ from the Onondaga

County Medical Examiner's Office on _~~March 31~~ APRIL 1_

19 87 at 9:54 A.M. P.M.

RICHARD F. AYER F.H.

Witness _William Wood_  Signed _Richard Walter Hoyer_

Lic. No. _06358_

Plastic Pouch Used ( )      Replaced by the Undertaker ( )

27

CASE FILE # 870208

ONONDAGA COUNTY MEDICAL EXAMINER OFFICE
CASE INFORMATION SHEET

DECEDENT _Valun Hill_ Date _4/2/87_ TIME _11:18 Am_

1¼ - 1¾ oz    Brandy    80-proof.
Half + Half 2 oz

Dash Creme De Coco    40 proof / 60

1¼ - 1¾ oz    Nutmeg

SIGNATURE _____

23

CASE FILE # 870208

ONONDAGA COUNTY MEDICAL EXAMINER OFFICE
CASE INFORMATION SHEET

DECEDENT _Valeria Hill_    Date _4/2/87_    TIME _7:30 AM_

Larry Bannon

2 Brandy Alexanders        6:10 Pm
1 piece of Garlic Bread     7:30 Pm

SIGNATURE _____

CASE FILE #_____

ONONDAGA COUNTY MEDICAL EXAMINER OFFICE
CASE INFORMATION SHEET

DECEDENT _Virginia Hill_ Date _9-30-87_ TIME_____

Tim Finney — Spoke ₹ Randall Finney
says V. Hill had only 2 slices
Garlic Bread. ? consistent?
Haven't eaten.

SIGNATURE_____

95

CASE FILE #_____

ONONDAGA COUNTY MEDICAL EXAMINER OFFICE
CASE INFORMATION SHEET

DECEDENT _Valerie Hill_____ Date _4/1/87_ TIME _4:55 Pm_

Chip states

Blood .03

Vitreous .02

WBS

SIGNATURE_____

26

CASE FILE # _____

ONONDAGA COUNTY MEDICAL EXAMINER OFFICE
CASE INFORMATION SHEET

DECEDENT ___V. Hill___     Date_____     TIME_____

Dich Ayer —

Via Dich Mayer

( 3/31  11 Pm )  ⟶  will met with

family

Brother David Hill     called ofin

SIGNATURE _____

27

CASE FILE #_____

ONONDAGA COUNTY MEDICAL EXAMINER OFFICE
CASE INFORMATION SHEET

DECEDENT *Valaris Hill*          Date 3/31/87          TIME 1 Pm

*Sgt Lynch states subject last seen 8:30 Am Sat.*

* WBf.*

SIGNATURE_____

28

CASE FILE # 87-0208

ONONDAGA COUNTY MEDICAL EXAMINER OFFICE
CASE INFORMATION SHEET

DECEDENT _Valerie Hill_     Date _3-31-87_     TIME _8:53 AM._

Contacted officer Donahue for fingerprints.
He will be over this AM.

1:15 PM Officer Donahue at MEO for
Finger-Printing.

SIGNATURE _____

29

CASE FILE # 87-0208

ONONDAGA COUNTY MEDICAL EXAMINER OFFICE
CASE INFORMATION SHEET

DECEDENT _____Will_____ Date 3/31/87 TIME 3:29 pm

Per Dr. EKM — may release body now.

SIGNATURE _____

30



NICHOLAS J. PIRRO
County Executive

OFFICE OF THE MEDICAL EXAMINER
ONONDAGA COUNTY HEALTH DEPARTMENT
CENTER FOR FORENSIC SCIENCES
100 Elizabeth Blackwell Street
Syracuse, New York 13210
Telephone (315) 435-3165
Fax (315) 435-3323
www.ongov.net

CYNTHIA B. MORROW, MD, MPH
Commissioner of Health

MARY I. JUMBELIC, MD
Chief Medical Examiner

KATHLEEN CORRADO, PhD
Director of Laboratories

April 25, 2007

District Attorney
William J. Fitzpatrick
County of Onondaga
Criminal Courthouse, 4th Floor
505 South State Street
Syracuse, New York 13202

Re:    Valerie Hill
DOD:  03/30/87
Case #:  87-0208

Dear Mr. Fitzpatrick:

On April 3, 2007 Mr. Sidney Manes came to the Onondaga County Medical Examiners Office to review the entire case file for Valerie Hill.  He represents Mr. Hector Rivas.  Mr. Manes requested copies of specific material from the chart.  Please find enclosed a CD with 2 brain pictures on it, copy of 4 histology slides, and copies of the file, which Mr. Manes requested.

If you have any questions regarding information given to Mr. Manes, please do not hesitate to contact me.

Sincerely yours,

Maureen Kurz
Typist II

Enc.

31

*STAT Please*    3 sets of 4

**SUNY Upstate Medical University**
**University Hospital**

Onondaga County Health Medical Examiner's Office 4/10/07  CWI
**CHAIN OF CUSTODY**

Department of Pathology • 750 East Adams Street • Syracuse NY 13210 • (315) 464-4750 • (315) 464-7130 Fax

please call owner 435-3163 ext 226  done

Case #: 87-0208    ~~Autopsy~~ request Date: 04/10/07    Total # Cassettes Submitted: 4 (four)

Pathologist: MIJ    Technician: TAL

Requested Test(s): H&E: _____    Other: _____

| NAME AND SIGNATURE | DEPT | DATE | TIME |
|---|---|---|---|
| MEO Representative from whom cassettes were received: (Print) Timothy A. Lawrence (Signature) *Timothy A. Lawrence* | MEO | 04/10/07 | 1445 |
| Received by: (Print) Helene Degan (Signature) *Helene Degan* | AP | 4/10/07 | 2:45 |
| ~~Received by~~ Sectioned By (Print) Richard M Helwig (Signature) *Richard M Helwig* | AP | 4/10/07 | 4:30 pm |
| Received by: (Print) Richard M Helwig (Signature) *Richard M Helwig* | AP | 4/11/07 | 9:30 am |
| Received by: (Print) (Signature) | | | |
| Received by: (Print) (Signature) | | | |
| Received by: (Print) Harold Manter (Signature) *Harold M* | Sec | 4/11/07 | 4:40 pm |
| MEO Representative from whom cassettes were received: (Print) MATTHEW R. KELLY (Signature) *Matthew R Kelly* | MEO | 4/11/07 | 1640 |

F86573 – Chain of Custody

Rev. 2/2002

33

## ONONDAGA COUNTY MEDICAL EXAMINER'S OFFICE
### SUPPLEMENTAL CASE INFORMATION – TELEPHONE CONTACT FORM

Case # _87-0208_       Decedent's Name _Valerie Hill_

Date _4_ / _10_ / _07_       Time_____  A.M. / P.M.   ☐ Incoming   ☐ Outgoing

Name _____       Phone #_____

(relationship to decedent OR agency) _____

✓ 87-0206 - aut. Rosario Malambri - gloria reg.
all records, slides & Blocks if any. (4/10/07

Matt, Shane, Timothy - need letter stating
looked for Brain Slides - didn't locate -
see Dr J. for info -

✓ Recut of Slides - Make 3 sets - (Timothy)

✓ Scan Brain Slides & Make 3 CD's - (Joe)

✓ Put Chart in Chronologic order - Recent Top -

I advised him/her to call back at any time if there are any further questions.

Employee Name/Title _____
Mark Dr. Mitchells Testimony ✓
Mark Dr. J's phone, meetings etc. ✓

_Maureen Kurz_

33

## ONONDAGA COUNTY MEDICAL EXAMINER'S OFFICE
### SUPPLEMENTAL CASE INFORMATION – TELEPHONE CONTACT FORM

Case # 87-0208          Decedent's Name  Valerie Hill

Date  4 / 16 / 07          Time_____  AM / PM  ☐ Incoming  ☐ Outgoing

Name  Maureen Kurz          Phone #  in person

(relationship to decedent OR agency) ____ Records  release - MEO

_____ I was asked if there are any "brain slides" on this case in storage.
Upon searching our storage locations in the building (CFS):
  - No glass slides or blocks (regular Histo or Neuropath)
I did find 2(two) 35mm photographic slides. They matched
2(two) paper color copies in the case file. (taken @ autopsy
calvaria removed, brain exposed)

Letters from
Tech's

RECEIVED

APR 17 2007

ONONDAGA COUNTY
MEDICAL EXAMINER'S OFFICE

I advised him/her to call back at any time if there are any further questions.

Employee Name/Title ____ Timothy R. Lawrence - morgue tech

34

## ONONDAGA COUNTY MEDICAL EXAMINER'S OFFICE
### SUPPLEMENTAL CASE INFORMATION – TELEPHONE CONTACT FORM

Case # _07-0208_    Decedent's Name _Valerie Hill_

Date _4 / 12 / 07_    Time _920_ (AM)/ PM    ☐ Incoming    ☐ Outgoing

Name _Shane Gillen_    Phone # _____

(relationship to decedent OR agency) _Morgue Technician_

_I located four slides in the slide storage area here_
_at the Onondaga County Medical Examiner's Office. No other_
_slides or blocks were located here._

Employee Name/Title _Shane Gillen, Morgue Technician_

Date _____/_____/_____    Time_____ AM / PM    ☐ Incoming    ☐ Outgoing

Name _____    Phone #_____

(relationship to decedent OR agency) _____

RECEIVED

APR 12 2007

ONONDAGA COUNTY
MEDICAL EXAMINER'S OFFICE

Employee Name/Title _____

Date _____/_____/_____    Time_____ AM / PM    ☐ Incoming    ☐ Outgoing

Name _____    Phone #_____

(relationship to decedent OR agency) _____

Employee Name/Title _____

Supplemental Case Info Telephone Contact short form (REV 1-06) - MEO-003A.doc

35

# ONONDAGA COUNTY MEDICAL EXAMINER'S OFFICE
## SUPPLEMENTAL CASE INFORMATION – TELEPHONE CONTACT FORM

Case # *087-0208*    Decedent's Name *VALERIE HILL*

Date *04 / 06 / 2007*    Time *1200*    AM (PM) ☒ Incoming ☐ Outgoing

Name *MAUREEN KURZ*    Phone # *X 2230*

(relationship to decedent OR agency) *ABOVE CALLED IN RE: TO SLIDES/ CASSETTES ON ABOVE DECEDENT. SEARCHED STOCKROOM, BUT COULD NOT LOCATE ANY SLIDES/CASSETTES. RETURNED PHONE CALL TO MAUREEN RE: NOT FINDING ANY.*

Employee Name/Title *Martin R Kelly / MORGUE TECHNICIAN*

Date ___ / ___ / ___    Time_____ AM / PM ☐ Incoming ☐ Outgoing

Name _____    Phone #_____

(relationship to decedent OR agency) _____

**RECEIVED**

**APR 1 2 2007**

ONONDAGA COUNTY
MEDICAL EXAMINER'S OFFICE

Employee Name/Title _____

Date ___ / ___ / ___    Time_____ AM / PM ☐ Incoming ☐ Outgoing

Name _____    Phone #_____

(relationship to decedent OR agency) _____

Employee Name/Title _____

Supplemental Case Info Telephone Contact short form (REV 1-06) - MEO-003A.doc

30