Search Locations    Log In (/login)    Ad Free

Popular Cities    San Francisco, CA  60 °F Partly Cloudy (/weather/us/ca/san-francisco/37.78,-122.42)    Manhattan, NY  39 °F Fair (/weather/us/ny/manhattan/40.7...)

43.1 °N, 76.14 °W

# Syracuse, NY Weather History ★ 🏠

**31° SYRACUSE HANCOCK INTL AIRPORT STATION (/DASHBOARD/PWS/KNYMATTY2?CM_VEN=LOCALWX_PWSDASH)** | CHANGE ⌄

**HISTORY (/HISTORY/DAILY/US/NY/SYRACUSE/KSYR)**

- TODAY (/WEATHER/US/NY/SYRACUSE/KSYR)
- HOURLY (/HOURLY/US/NY/SYRACUSE/KSYR)
- 10-DAY (/FORECAST/US/NY/SYRACUSE/KSYR)
- CALENDAR (/CALENDAR/US/NY/SYRACUSE/KSYR)
- HISTORY (/HISTORY/DAILY/US/NY/SYRACUSE/KSYR)
- WUNDERMAP (/WUNDERMAP?LAT=43.098&LON=-76.145)

Daily (/history/daily/us/ny/syracuse/KSYR/date/1987-3-30)    Weekly (/history/weekly/us/ny/syracuse/KSYR/date/1987-3-30)    Monthly (/history/monthly/us/ny/syracuse/KSYR/date/1987-3)

March    30    1987    View



Temperature (°F)



# Summary

| Temperature (°F) | Actual | Historic Avg. | Record |
|---|---|---|---|
| High Temp | 62 | 48.1 | 87 |
| Low Temp | 0 | 29.8 | 11 |
| Day Average Temp | 52.11 | 38.9 | - |

| Precipitation (in) | Actual | Historic Avg. | Record |
|---|---|---|---|
| Precipitation (past 24 hours from 05:00:00) | 0.00 | 4.70 | - |

| Dew Point (°F) | Actual | Historic Avg. | Record |
|---|---|---|---|
| Dew Point | 40.44 | - | - |
| High | 50 | - | - |
| Low | 0 | - | - |
| Average | 40.44 | - | - |

| Wind (mph) | Actual | Historic Avg. | Record |
|---|---|---|---|
| Max Wind Speed | 25 | - | - |
| Visibility | 7 | - | - |

| Temperature (°F) | Actual | Historic Avg. | Record |
|---|---|---|---|
| **Sea Level Pressure (in)** | Actual | Historic Avg. | Record |
| Sea Level Pressure | 29.43 | - | - |
| **Astronomy** | Day Length | Rise | Set |
| Actual Time | 12h 37m | 5:51 AM | 6:29 PM |
| Civil Twilight | | 5:22 AM | 6:57 PM |
| Nautical Twilight | | 4:48 AM | 7:31 PM |
| Astronomical Twilight | | 4:13 AM | 8:06 PM |
| Moon: waxing crescent | | 6:18 AM | 8:03 PM |

# Daily Observations

| Time | Temperature | Dew Point | Humidity | Wind | Wind Speed | Wind Gust | Pressure | Prec |
|---|---|---|---|---|---|---|---|---|
| 12:00 AM | 62 °F | 45 °F | 53 % | S | 21 mph | 32 mph | 29.41 in | 0.0 in |
| 1:00 AM | 61 °F | 45 °F | 56 % | S | 24 mph | 32 mph | 29.40 in | 0.0 in |
| 2:00 AM | 60 °F | 45 °F | 57 % | S | 23 mph | 28 mph | 29.42 in | 0.0 in |
| 3:00 AM | 58 °F | 44 °F | 60 % | S | 14 mph | 0 mph | 29.43 in | 0.0 in |
| 4:00 AM | 56 °F | 43 °F | 62 % | S | 13 mph | 0 mph | 29.42 in | 0.0 in |
| 5:00 AM | 56 °F | 42 °F | 60 % | S | 17 mph | 25 mph | 29.40 in | 0.0 in |
| 6:00 AM | 57 °F | 41 °F | 55 % | S | 20 mph | 28 mph | 29.38 in | 0.0 in |
| 7:00 AM | 57 °F | 43 °F | 59 % | S | 20 mph | 25 mph | 29.38 in | 0.0 in |
| 8:00 AM | 58 °F | 43 °F | 58 % | S | 18 mph | 0 mph | 29.38 in | 0.0 in |
| 9:00 AM | 58 °F | 44 °F | 60 % | S | 21 mph | 0 mph | 29.38 in | 0.0 in |
| 10:00 AM | 59 °F | 44 °F | 58 % | S | 25 mph | 38 mph | 29.36 in | 0.0 in |
| 11:00 AM | 59 °F | 44 °F | 58 % | S | 23 mph | 36 mph | 29.35 in | 0.0 in |
| 12:00 PM | 60 °F | 43 °F | 53 % | S | 23 mph | 35 mph | 29.34 in | 0.0 in |
| 1:00 PM | 62 °F | 42 °F | 48 % | S | 20 mph | 28 mph | 29.35 in | 0.0 in |
| 2:00 PM | 60 °F | 46 °F | 60 % | SSW | 17 mph | 26 mph | 29.35 in | 0.0 in |
| 3:00 PM | 57 °F | 50 °F | 77 % | S | 9 mph | 0 mph | 29.34 in | 0.0 in |
| 4:00 PM | 58 °F | 50 °F | 75 % | SE | 8 mph | 0 mph | 29.29 in | 0.0 in |

| Time | Temperature | Dew Point | Humidity | Wind | Wind Speed | Wind Gust | Pressure | Prec |
|---|---|---|---|---|---|---|---|---|
| 5:00 PM | 60 °F | 46 °F | 60 % | SSE | 16 mph | 25 mph | 29.28 in | 0.0 in |
| 6:00 PM | 57 °F | 48 °F | 72 % | SE | 16 mph | 0 mph | 29.27 in | 0.0 in |
| 6:09 PM | 0 °F | 0 °F | 0 % | SE | 13 mph | 0 mph | 29.26 in | 0.0 in |
| 7:00 PM | 57 °F | 48 °F | 72 % | SSE | 14 mph | 0 mph | 29.25 in | 0.0 in |
| 8:00 PM | 58 °F | 48 °F | 70 % | SE | 16 mph | 24 mph | 29.24 in | 0.0 in |
| 8:37 PM | 0 °F | 0 °F | 0 % | SSE | 14 mph | 0 mph | 29.21 in | 0.0 in |
| 9:00 PM | 58 °F | 49 °F | 72 % | SSE | 16 mph | 0 mph | 29.21 in | 0.0 in |
| 10:00 PM | 59 °F | 49 °F | 69 % | SSE | 18 mph | 28 mph | 29.17 in | 0.0 in |
| 10:41 PM | 0 °F | 0 °F | 0 % | SSE | 13 mph | 0 mph | 29.15 in | 0.0 in |
| 11:00 PM | 60 °F | 50 °F | 69 % | SE | 18 mph | 0 mph | 29.14 in | 0.0 in |

Our Apps (/download)

About Us (/about/our-company)

Contact (/about/contact-us)

Careers (https://www.weathercompany.com/careers)

Weather Data APIs (https://www.weathercompany.com/weather-data-apis/)

PWS Network (/pws/overview)

WunderMap (/wundermap)

Feedback & Support (https://www.wunderground.com/feedback)

Terms of Use (/company/legal)

Privacy Policy (/company/privacy-policy)

Accessibility Statement (/accessibility-statement)

AdChoices     (/company/ad-choices)

Data Vendors (/data-vendors)

 (https://www.essentialaccessibility.com/the-weather-channel?utm_source=theweatherchannelhomepage&utm_medium=iconlarge&utm_term=eachannelpage&utm_content=header&utm_

We recognize our responsibility to use data and technology for good. We may use or share your data with our data vendors. Take control of your data.

**Review All Privacy and Ad Settings (/privacy-settings)**

**Choose how my information is shared (/privacy-settings#do-not-sell)**

**Data Rights (/data-rights)**

(https://www.weathercompany.com) (https://weather.com) (https://www.wunderground.com) (https://weather.com/storm-radar)

© Copyright TWC Product and Technology LLC 2014, 2025