EXH-35
Dec 20 2023

RE: DR. MITCHELL

#1 Blood sample **not** located

#2 BODY HAS DECOMP, INCLUDING BRAIN (SWISS CHEESE).

PUSHES T.O.D. LIMITS FURTHER OUT. (GOOD!!!)

— Pete

008955

10254