# Taste...

Polo University Club suits by Ralph Lauren deliver exceptional quality and style.

Come see the entire collection of these superbly tailored classic suits. And, on Friday, December 2, meet Tony Maisto, Polo's regional representative.

Free alterations.

**Polo University Club**
by Ralph Lauren

Penn Can Mall  HOURS:
452-1551  Mon.-Sat. 10a-10p
Sunday 11a-8p

*Celebrating 35th Year*

*Gary's Since 1953*

E2  Syracuse Herald-Journal, Thursday, December 1, 1988

### Police report

# Lawyer wants killer's sentence delayed

**By Steven Billmyer**
Staff Writer

The defense attorney for Benjamin Killingsworth vowed to seek a court order by the end of the week to postpone the maximum prison sentence given the 22-year-old man on Wednesday.

Killingsworth was sentenced to 1½ to four years in prison for causing the death of an 8-month-old boy, Reginald Phillips.

The sentence came despite last-minute attempts by defense attorney Salvatore Piemonte to get the judge to throw out the jury's verdict. He also asked that the sentencing be delayed.

Onondaga County Court Judge William Burke rejected the arguments and sentenced Killingsworth before a packed courtroom that included the defendant's sister, mother and other relatives.

A jury on Nov. 1 found Killingsworth, of 401 Marcellus St., guilty of criminally negligent homicide. The jury cleared Killingsworth of second-degree murder, first-degree manslaughter and second-degree manslaughter.

After the sentencing, Piemonte said he would seek a stay of the sentence by the end of the week. The stay could free Killingsworth while Piemonte prepares an appeal. The lawyer had said Killingsworth's efforts to revive the child after he stopped breathing caused bruises. Those bruises had been interpreted as signs the baby's had been beaten.

In court Wednesday, Piemonte said new evidence he obtained shows Onondaga County Medical Examiner Erik Mitchell may have misled the jury when he said he had not seen cardio-pulmonary resuscitation cause serious injuries like those found on the baby.

Piemonte said he has a copy of a study done by the Dade County Medical Examiner's office in Florida on injuries caused by proper and improper CPR efforts.

Piemonte worked for the Dade County Medical Examiner's office when the study was done, so he could have known about the cases of damage caused by CPR, Piemonte said. The other new evidence shows an autopsy done in Onondaga County was labeled a homicide when it turned out later the injuries were caused by CPR, Piemonte said.

Outside the courtroom, the defense attorney would not elaborate on the new evidence.

During the trial, the jury heard experts, including Mitchell, give conflicting testimony on whether the baby's injuries could have been caused during CPR.

Piemonte asked Burke to overturn the jury's verdict because, he said, "There is no proof of any criminal wrongdoing."

He also objected to the judge allowing the jury to consider the lesser charge of criminally negligent homicide, a crime that Killingsworth was not originally charged with.

Assistant District Attorney David Primo said the court had listened to the testimony that showed the baby had been left alone with Killingsworth before the baby died. Killingsworth was the only person who could have injured the baby, he said.

Primo asked the judge to sentence Killingsworth and give him the maximum sentence.

Burke rejected the arguments made by Piemonte asking the judge to overturn the verdict.

Piemonte then requested sentencing be adjourned because the pre-sentence report failed to adequately review Killingsworth's background.

"This man clearly cannot be sentenced on this report," he said. "Everyone wants to see this man get the maximum sentence. What is it that makes this man a candidate for a maximum state prison sentence?"

The judge, however, rejected the request for an adjournment, stating Piemonte had a chance to delay the proceedings Tuesday but said he wanted to go ahead with them.

Primo said he was pleased Killingsworth received the maximum sentence, but given the fact a child had died, he did not consider it a fair sentence.

"Justice wasn't done," Primo said.

Killingsworth's sister, Cassandra Butler, said she was not pleased with the verdict or the sentence.

"Why give him a sentence like that when he has no record," she said outside the courtroom.

### DWI charges

This person was charged by Syracuse police with driving while intoxicated:
**Nov. 29**
• **Leroy Goings Jr.**, 51, of 1702 E. Fayette St. was arrested at 10:30 p.m. in front of his home. Police said Goings also was charged with refusing to take a breath test, refusing to take a chemical test and failing to signal.

### Burglaries

This burglary was reported to Onondaga County sheriff's deputies:
**Nov. 27**
• **East Molloy Road, DeWitt**, 8200 block: Someone smashed out the front glass door at the Earl Ralph Company, but Deputies said when they arrived nothing appeared missing or out of order.

These burglaries were reported to Syracuse police:
**Nov. 29**
• **Rich Street**, 300 block: A microwave oven, an answering machine and two telephones were taken from Leathin Williams' home.
• **Camp Avenue**, 100 block: Someone ransacked Deborah A. Miskelly's home and took a hunting knife and a VCR worth $300.
• **Village Drive**, 400 block: A tape deck and $10 worth of coins were taken from Cary P. Gould's apartment while he was at work.
• **Westcott Street**, 200 block: Sheilha Makarushka came home from a vacation in Florida to discover someone had taken a color television, a stereo set and a telephone from her apartment.
• **Delaware Street**, 100 block: David Lowel came home and found his color television missing. He told police he looked through his house to see what else was taken and observed an unknown man leave the house. Lowell tried to chase the man, but was unable to catch him. The suspect got away with Lowell's microwave oven, his VCR, two televisions, two crystal glasses, a clock radio and a camera.
• **Grant Boulevard**, 1600 block: Pamela Adams told police while her husband was working on his car in the backyard, an unknown man rode into the driveway, left his bicycle, and took Adam's bike.
• **Vine Street**, 300 block: Several tools and a partially disassembled engine were taken from S S Automotive.
**Nov. 28**
• **Carbon Street**, 500 block: Someone removed the glass in the door at Robert Visalli's home and took an undetermined amount of money and six collectors coins.



## CHINA TOWNE
### NORTH SYRACUSE & SOLVAY STORES
## HOLIDAY DISCOUNT GIFT CENTERS!

OPEN WEEKNIGHTS TIL 9 PM
SAT. 10 to 5, SUN. 12-5

**Extended 1 More Week!**
TAKE AN ADDITIONAL
**20% OFF**
ANY
• LIVINGROOM
• DINING ROOM
• BEDROOM
*$500 OR MORE VALUE

**ORIENTAL RUGS**
Great Selection Of Oriental Style Area Rugs
**$59.**

SOLID PINE
**BUNK BEDS**
**$88.**
BEDDING SALE PRICED

**LANE Action RECLINERS** ALL REDUCED
Large Selection
**$199.**

MINI-SIZE
**SOFA SLEEPER**
**$249.**
FULL & QUEEN SIZE SLEEPERS SALE PRICED

**4 PIECE CONTEMPORARY LIVING ROOM GROUP**
**$599.**

Many Other Recliners From **$99**

**8 PIECE RANCH GROUP**
**$399.**
Durable Herculon Cover

☐ Hundreds of Remnants **$48.**
☐ 1,000's of Yards of Stain Release Carpet  As Low As **$6.99** Sq. Yd.
☐ Other Carpet Priced From '4" to '6" Sq. Yd.
INSTALLATION AVAILABLE

| BRASS FIGURINES AND COLLECTIBLES | BRASS TELEPHONE TABLE OR STAND | SOLID WOOD BAR STOOLS |
|---|---|---|
| LOWEST PRICES IN C.N.Y. | **$99.** | **$29.** |

### AT OUR SOLVAY DISCOUNT CENTER ONLY
**$80,000 - LEATHER COATS**
SPECIAL PURCHASE
Mens & Womens Leathers SAVE UP TO
From A Fine New York City Leather Store
Ex. Women's Fur Lined Leather Coat
$3500. Now $700
**80% OFF**
BELIEVE IT!
90-DAYS SAME AS CASH
• 36-MONTH PAYMENT PLAN
• VISA MASTERCHARGE DISCOVER AMERICAN EXPRESS
CASH CHECK 30-DAY LAYAWAY

**DINNERWARE**
by Pfaltzgraff & More
4 PC. PLACE SETTING **½ OFF**

**ART SUPPLIES**
• Grumbacher Paints ½ Price
• Brushes • Canvas
**SMALL APPLIANCES**
Great Selection **DISCOUNTED**

## CHINA TOWNE
SOLVAY
2320 MILTON AVE.
488-2688/488-0419

NO. SYRACUSE
425 S. MAIN ST.
(Furniture Only)
458-1131



TIME • PRIME TIME • PRIME TIME
# GRANDFATHER CLOCK SALE

Special Purchase
**SAVE NOW**

**Elegance**
• Goldsmith cherry finish.
• Cable driven movement with triple chime selection.
• Polished brass lyre pendulum with 220 mm bob.
• Polished brass weight shells
• Moon dial

**Fantasia**
• Country Oak Finish
• Cable driven movement with triple chime selection.
• Polished brass lyre pendulum with 220 mm bob.
• Polished brass weight shells.
• Moon dial

Your Choice **$899.00**
Reg. $1,599.00

*Ridgeway*

## SAVE OVER 40%
**SALE ENDS DECEMBER 7, 1988**
**NO PAYMENT UNTIL APRIL 1989**

**Black Forest Clock Shop**

NORTH SYRACUSE
3612 Brewerton Rd.
Rt. 11 Across From Sweetheart Market
699-0253

FAYETTEVILLE
6100 E. Genesee St.
Behind Mr Steak
637-5811

FAIRMOUNT
4105 W. Genesee St.
Fay's Plaza
468-5385

HOURS:
Mon.-Fri. 10-9
Sat. 10-7
Sun. 12-5

*With approved credit



**GIFT IDEAS FROM OUR**
# FIREPLACE SHOP

**FIREPLACE DOORS**
**$95.99**
And Up

**COMPLETE LINE OF FIREPLACE ACCESSORIES**

**FIREPLACE GRATES**
**$9.99**
AND UP

**FIREPLACE TOOL SETS**
SEVERAL TO SELECT FROM
**$10.99**
AND UP

**LOG HOOPS**
**$12.99**
AND UP

Quantities May Be Limited

**HEARTH RUGS $24.99**

*Energy Cases*

446-8400
5851 BUTTERNUT DR.
EAST SYRACUSE
Turn Right at first light past train station

## NEED CASH?
CALL 488-4991
**RAY BILLS FINANCE**

### FACTORY OUTLET CHINA
NORITAKE-ROYAL DOULTON
SUPER SALE!
Going on Now!
Specializing in China and Stoneware for 34 Years
RT. 5 ONEIDA 363-4231