

## ONONDAGA COUNTY DEPARTMENT OF LAW

### INTER-OFFICE LETTER

---

TO: Nicholas J. Pirro
County Executive

FROM: Diane E. Tucker,
Chief Deputy County Attorney

RE: Cooperation with Medical Examiner Investigation

DATE: March 15, 1993

You have designated a team to inquire into alleged improper conduct at the Medical Examiner's Office and the County Laboratory. All persons who are presently employed by the County of Onondaga and who are reasonably expected to have information relative to this inquiry may be required to cooperate and provide information about what occurs at the work place during work hours. Disobeying a direct order to cooperate is considered to be insubordination, which is immediately grounds for suspension and review for discharge. (County Work Rule No. 38).

Should there be instances where employees are reluctant or resistant to come forward and participate in this inquiry, the Department Head should be instructed to make participation a job instruction, the refusal of which will subject them to discipline up to and including discharge.

Please feel free to contact me on this matter.

\lks\njp.mar