# Ex. 11

## REDACTED

## TO BE FILED UNDER SEAL