STATE OF NEW YORK
SUPREME COURT     COUNTY OF ONONDAGA

---

Sate of New York,

         Plaintiffs,   **AFFIDAVIT OF**
                  **WILLIAM R. SAWYER**

v.                   Index No. 10661-04

Walid Daniel,

         Defendant.

---

STATE OF NEW YORK )
COUNTY OF ONONDAGA) s.s.

WILLIAM SAWYER, Ph.D., D-ADFE, D-ABFM, being duly sworn, deposes and says:

## QUALIFICATIONS

1. My name is WILLIAM R. SAWYER. I am over 21 years of age, of sound mind, and fully competent to make this affidavit. The facts stated in this affidavit are within my personal knowledge and are true and correct.

2. I reside at 2155 Singing Woods Drive, Skaneateles, New York. I graduated in 1976 with an Associate's Degree from the State University of New York Agricultural and Technical College at Morrisville. I earned a Bachelor of Science Degree in Biology from the State University of New York at Geneseo in 1978. In 1982, I received a Masters Degree in Cellular and Molecular Biology also from the State University of New York at Geneseo. I earned a Doctorate in Toxicology from the Indiana University School of Medicine in 1988. I am Board Certified in Toxicology by the American Board of Forensic Examiners and am a Fellow of the American Board of Forensic Examiners. Additionally, I am Board Certified by the American Board of Forensic Medicine. I have been previously certified by the State of New York

Department of Health as a Clinical Laboratory Director in Forensic Toxicology (License No. SAWYW1) and as a Licensed Environmental Laboratory Director by the states of New York, New Jersey, California, and South Carolina. I have been trained and certified under OSHA 29 CFR1910.120 for Hazardous Waste Operations & Emergency Response (certificate number 224350). I am an active member of various professional societies including the Society of Toxicology, Society of Toxicology Risk Assessment Division, the American Board of Forensic Medicine, the American Board of Forensic Examiners, Sigma Xi, the Scientific Research Society, the American Academy of Forensic Sciences, and the International Association of Forensic Toxicologists.

3. I am presently the Chief Toxicologist at Toxicology Consultants and Assessment Specialists, Inc., in Skaneateles, New York, and an adjunct Assistant Professor at the Upstate Medical Center in the Department of Medicine at S.U.N.Y. Health Science Center in Syracuse, New York. Additionally, I serve as a peer-reviewer for the journal "The Forensic Examiner" and am a member of the editorial board for "The Forensic Examiner." I have been retained as an expert toxicologist in the above matter.

4. During my training at the Indiana University School of Medicine Department of Toxicology & Pharmacology, I studied under the late Robert B. Forney, Sr., Ph.D. and received considerable training with respect to toxic exposure evaluations. I also worked in the State Department of Toxicology facility at the medical center in Indianapolis, Indiana, performing forensic analyses for poisons, drugs of abuse, and alcohol. Subsequent to my training, I served full time in public health as a toxicologist for the Onondaga County Department of Health, Syracuse, New York, from 1988 through 1993.

5. During my employment as a toxicologist for the Health Department, I was directly supervised by Erik Krag Mitchell, M.D. Additionally, I assisted Dr. Mitchell's office with investigations of accidental and intentional poisonings including acids, pesticides, and other toxic chemicals. Of great significance, Dr. Mitchell held various laboratory licenses for a portion of the public health laboratory while I held the licenses for the clinical toxicology chlorinated hydrocarbons section and the

environmental toxicology laboratory. However, Dr. Mitchell was in charge of all operations; and I worked with him closely as my immediate and official supervisor.

5. I have attached hereto as Exhibit 1 my Curriculum Vitae which accurately reflects my professional standing and experience in the field of toxicology, as well as my experience with the Onondaga County Health Department.

### PROFESSIONAL & PERSONAL EXPERIENCE WITH ERIC MITCHELL, M.D.

6. I was retained by J. David Eldridge of Eldridge & Langone, PLLC, to review the records involved in the criminal conviction of Walid Daniel and to provide an opinion based upon my direct experience with respect to the reliability of testimony provided by Erik Krag Mitchell, M.D., the medical examiner responsible for the expert testimony provided in the above matter. My opinions are based upon my professional and personal experience with Dr. Mitchell over a period of five years (1988-1993) and have been confirmed by the NYS Department of Health (NYSDOH) and the NYS Department of Environmental Conservation (NYSDEC) Consent Orders (Exhibits 2 and 3, respectfully) which are, in part, a response to my original complaints which I filed with both agencies during March of 1993 regarding unethical and criminal behaviors of Dr. Mitchell.

7. I am the originator of official complaints filed in early March of 1993 with respect to unethical and illegal actions carried out by my immediate supervisor, Erik Krag Mitchell, M.D. Immediately after going forward, David A Rigle, M.D., and later other employees, also "blew the whistle" on Dr. Mitchell as the offenses were serious and impacted public health and justice.

8. As of March of 1993 with nearly five years of experience working with Dr. Mitchell in a professional capacity and with additional occasional contact with him at his home, farm, local school meetings, etc., I considered him as someone who trusted me, and I found it very difficult to go forward. Nevertheless, as a New York State licensed laboratory director and, based upon sound ethics, I was compelled to provide evidence to state regulatory agencies that resulted in an investigation which

ultimately published approximately 144 misdemeanor and 3 felony charges against Dr. Mitchell (Exhibit 4). Out of good conscience and my professional ethical commitments, I found it necessary to "blow the whistle" without regard for what hardships might result.

### OPINIONS AND OBJECTIVE EVIDENCE CONFIRMING MY "ACCUSATIONS"

9. Following my complaints (referred to as "baseless accusations" by Dr. Mitchell), the county executive (Nicholas J. Pirro) and the district attorney (William Fitzpatrick) made multiple public statements over a period of approximately ten months supporting and defending Dr. Mitchell's unlawful and unethical behaviors. In fact, the county executive and district attorney were his staunchest supporters. Ultimately, New York State issued Exhibit 4, which forced the district attorney and county executive to terminate their public support for Dr. Mitchell and work with New York State in the development of consent orders (Exhibits 2-3).

10. I went forward with evidence of behaviors that imposed serious dangers to both the public and the employees of the Onondaga County Medical Examiner's office including, but not limited to:

   - The unsafe handling and storage of waste chemicals, including 50 pounds of mercury.

   - Direct orders to "trade" several gallons of a regulated substance (100% dry ethanol) to a private business person for a FAX machine, in violation of both local policies and federal alcohol laws.

   - The illegal handling of body parts, including the flushing of diced brains and other human remains into the sewer system at the Medical Examiner's Office.

   - I received direct orders from Dr. Mitchell to handle, store, and dispose of hazardous laboratory chemicals in an extremely unsafe and illegal manner. The orders from Dr. Mitchell included directives to mix (hide) waste chemicals into "red bag medical waste" (regulated medical waste). If I had carried out these orders,

extremely dangerous chemical reactions and toxic heavy metal emissions would have been released into the community air from the medical waste incinerator.

11. Ultimately, the New York State investigations substantiated these "allegations" resulting in consent order agreements and the forced resignation of Dr. Mitchell (Exhibits 2 - 3).

## UNETHICAL BEHAVIORS, DISHONESTY, AND A LACK OF TRUST

12. Throughout my five years with Dr. Mitchell, I witnessed him on several occasions slanting the interpretation of evidence and/or excluding evidence to serve his predetermined objectives. Just as an example, he edited my draft report on Syracuse fire fighters exposed to PCBs at their practice fire tower. During my tenure with the Dr. Mitchell, I assisted with the design and execution of a study that was conducted to determine if Syracuse firefighters had sustained significant exposure to PCBs or sustained any PCB-related adverse health effects secondary to their practice of burning PCB-contaminated waste oil at their practice field and fire tower. The firefighters were unaware that the oil was contaminated with PCBs. I developed testing methodologies and licensed the laboratory to conduct testing on over 100 blood samples from the exposed firefighters and controls (age-matched fire fighters who had never been to the practice field or exposed). Results of the study revealed significantly increased levels of Aroclor 1221 and Aroclor 1016 and highly significant increased levels of certain other parameters including increased triglycerides and cholesterol (now known to be related to PCB exposures). I prepared the toxicological findings section of the draft report that provided these results in an objective, non-biased format. In my presence, Dr. Mitchell began editing my report, altering and/or removing these findings and their relevance. **He stated that this was necessary to prevent the firefighters' union from using the results of the study in a law suit.** Unfortunately, the false report was ultimately released. Rather than protecting the firefighters by providing treatment or future medical monitoring, Dr. Mitchell adjusted the findings to meet his predetermined goal of avoiding a law suit.

Page 5

P08852

13. Similarly, there are multiple examples which I can site within the Walid Daniel trial transcript where Dr. Mitchell was required to provide an opinion based upon facts which could be interpreted in two completely different directions of outcome. For example, on page 109, lines 20-23, regarding the gash behind Mrs. Daniel's ear, Dr. Mitchell was asked, "Indeed, wasn't there even a possibility that it was caused from an impact with the faucet in the tub?" - Answer, "It's possible; I can't exclude it." Later (page 114, lines 11-16), he was asked, "That wasn't consistent with a fall in your opinion, right?" - Answer, "It's possible to be involved with a fall there." However, without any scientific evidence to support his conclusion, Dr. Mitchell nevertheless opined that the death of Mrs. Daniel was due to a homicide (page 24, line 4).

14. Furthermore, on page 65 (lines 9-17) of the Grand Jury transcript, Dr. Mitchell states, "The petechiae, with a pattern of injury I have described, the small blood vessels in the eyelid, small hemorrhages in the epiglottis and the muscles of the neck, this is a pattern we tend to see when there's been application of force to the neck. I have some difficulty here because resuscitation efforts do have the possibility of causing these petechiae. However, to have all three of them present would be unusual as resuscitation petechiae, although possible". Again, Dr. Mitchell was entrusted to make a decision in an unbiased manner based upon evidence that even he regards as not establishing cause of death beyond reasonable doubt. His pattern of deception to reach predetermined goals is a critical flaw in the prosecution process which, in this case, ultimately led to the conviction of Mr. Walid.

15. Dr. Mitchell further opined upon evidence regarding the band-like, abraded contusion laterally appearing across the decedent's forehead as being consistent with homicide, without consideration of the obvious, usual cause of such marks (microscopic induction of a contusion induced by the forehead restrainer band with considerable movement and resuscitation efforts). Once again, equivocal evidence was interpreted by Dr. Mitchell as scientific evidence of homicide.

P08853

## OPINIONS

16. It is my professional opinion as a forensic expert and previous governmental toxicologist that New York State's assessment of Dr. Mitchell is correct: He is not worthy of public trust. He disgraced the Office of County Medical Examiner. He held a position, paid for by the taxpayers, to uphold public health and safety yet he was terminated from office due to a strong, damaging pattern of abuse and deception.

17. I believe, to within a reasonable degree of forensic certainty, that Dr. Mitchell's opinions and interpretations of evidence cannot be trusted as impartial or accurate. I base my opinion on my five years of professional work experience under the direction of Dr. Mitchell and direct personal experience with his pattern of deceitful and unethical behavior. He repeatedly showed a deliberate disregard for rules, regulations, and the law. He demonstrated a propensity to follow self-serving goals. He sincerely believed that tailoring or crafting evidence to support a predetermined outcome "somehow" served the public interest. The record shows that his behavior ultimately resulted in his forced resignation and disgrace. Consequently, I sincerely believe that Mr. Walid Daniel should be afforded a new and fair trial.

William R. Sawyer, Ph.D., D-ABFE, D-ABFM
Chief Toxicologist

Sworn before me this
26th day of December, 2007.

Sharon M. Gibson
Notary Public



SHARON M. GIBSON
Commission DD 637729
Expires February 7, 2011
Bonded Thru Troy Fain Insurance 800-385-7019

Curriculum Vitae
William Robert Sawyer
April 2005
Page 1

## EDUCATION:

| | |
|---|---|
| Indiana University School of Medicine<br>Indianapolis, Indiana<br>Robert B. Forney, Ph.D. Committee Chairman<br>Ph.D. Toxicology, 1988 | 1983 - 1988 |
| State University of New York at Geneseo<br>Edward Ritter, Ph.D. Committee Chairman<br>M.A. Cellular & Molecular Biology 1982 | 1979 - 1982 |
| State University of New York at Geneseo<br>B.S. Biology 1978 | 1976 - 1978 |
| State University of New York Agricultural<br>and Technical College at Morrisville<br>A.S. 1976 | 1974 - 1976 |

## PROFESSIONAL EXPERIENCE:

| | |
|---|---|
| Chief Toxicologist<br>Toxicology Consultants & Assessment<br>Specialists, Inc., Skaneateles, New York<br>(Registered d/b/a 1990, Incorporated January, 1994) | 1990-Current |

### *Forensic Toxicology & Causation Determination*

As a board certified toxicologist, I routinely provide impartial toxicological evaluations involving chemical exposures, alcohol ingestion, intentional poisons involved in homicides, carcinogens, pharmaceuticals, pyrolysis products, heavy metals, organic chemicals and drugs of abuse in civil and criminal litigation. Toxic exposure investigations include analytical protocol, referral of autopsy material for analyses, environmental and occupational health risk assessments, and site assessment and causation determination. Final work products including scientific methods and validation, forensic documentation and written reports are used in both forensic and routine (non-judicial) assessments to multiple nationwide

Curriculum Vitae
William Robert Sawyer
April 2005
Page 2

clients. I have never been denied qualification or admission as a forensic expert in toxicology in the determination of toxicological medical causation.

### Forensic Environmental & Laboratory Analyses:

Through education and experience I have also gained extensive expertise in forensic petroleum analyses, environmental and clinical forensic analyses. With over 23-years of laboratory experience and over 14-years experience as a licensed environmental and forensic laboratory director in New York State, I have directed forensic laboratory analyses, sampling protocol and chain-of-custody in criminal and civil matters, and have provided petroleum spill assessments to multiple clients including governmental environmental agencies (NYSDEC), Departments of Justice, various State Attorney General Offices (New York, Montana), defense and plaintiff law firms and industry. Petroleum spill and exposure assessment reports have provided an objective determination to within a reasonable degree of scientific certainty.

### Additional current positions include:

Assistant Professor (adjunct)                                          1988-Current
SUNY Upstate Medical University
Department of Medicine
Syracuse, New York.


Editorial Advisory Board for the "The Forensic Examiner"              1998-Current
(Peer-reviewer for the Journal)


### Previous Positions:

Laboratory Director                                                    1993-2002
EXPRESSLAB, Inc.
5611 Water Street
Middlesex, New York
NYSDOH clinical license #SAWYW1 (1988-2000)

P08856

Curriculum Vitae
William Robert Sawyer
April 2005
Page 3

NYS Environmental License (ELAP) #11369
National Environmental Laboratory Accreditation Program (NELAP) #11369
New Jersey DEPE license #73744
South Carolina license #9101100
California license

| | |
|---|---|
| Associate Editor, | 1997-2000 |
| Practical Reviews in Forensic Medicine & Sciences | |
| Published by Oakstone Medical Publishing, Inc. | |
| Jointly sponsored by Albert Einstein College of Medicine | |
| and Montefiore Medical Center; CME | |
| (Continuing medical education) accredited. | |
| | |
| Chief Toxicologist | 1988 - 1993 |
| Onondaga County Department of Health | |
| Syracuse, New York | |

Responsible for municipal & civil risk assessment, evaluation of environmental exposures, design and execution of environmental monitoring studies. Advise and communicate with the Office of the Environment/County executive and legislative subcommittees with respect to public health and environmental health issues. Established a Clinical and Environmental Toxicology laboratory licensed under the NYS DOH & NYS ELAP agencies (NY ELAP license #10183 and NYSDOH SAWYW1).

| | |
|---|---|
| Onondaga County Department of Health | 1988 - 1993 |
| Laboratory Director, Clinical/DOH SAWYW1 & | |
| Assistant Director, ELAP, Syracuse, New York | |
| | |
| State Department of Toxicology | 1983 - 1988 |
| Indianapolis, Indiana | |
| | |
| NIH Clinical Research Center at Strong | 1979 - 1983 |
| Memorial Hospital, Rochester, NY | |

Curriculum Vitae
William Robert Sawyer
April 2005
Page 4

| | |
|---|---|
| Highland Hospital, Special Determinations Laboratory, Rochester, NY (part time) | 1979 - 1983 |

## BOARD CERTIFICATIONS:

| | |
|---|---|
| Board Certified in Forensic Medicine<br>Board Certified and Diplomate, American Board of Forensic Medicine<br>(D-ABFM) | 1996-Current |
| Board Certified and Diplomate, American Board of Forensic Examiners (D-ABFE); Primary Division: Toxicology & Pharmacology | 1994-Current |

## PROFESSIONAL CERTIFICATIONS:

New York State Department of Health
Certificate of Qualification
Clinical Laboratory Director
License Code No. SAWYW1 (inactive)

New York State Department of Health
Environmental Laboratory Director, ELAP License #11369 (inactive)

South Carolina Department of Health
Environmental Laboratory Director, ELAP License #91011001 (inactive)

New Jersey DEPE Laboratory Director, License #73744 (inactive)

Asbestos Inspector, EPA Certificate No. 10-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 (inactive)

OSHA 29 CFR1910.120 40-hour Certified
Hazardous Waste Operations & Emergency Response (recertified 12-2004)

Curriculum Vitae
William Robert Sawyer
April 2005
Page 5

## SOCIETIES:

| | |
|---|---|
| Sigma Xi, The Scientific Research Society (Associate Member) | 1986 - Current |
| American College of Forensic Examiners | 1995 - Current |
| National Myositis Association (Medical Advisory Board Member) | 1995 - 1997 |
| Society of Toxicology (Associate Member) | 1987 - Current |
| American Academy of Forensic Sciences (Member, promoted to Fellow, 1998) | 1985 - Current |
| Society of Automotive Engineering (Member) | 1986 - Current |
| The International Association of Forensic Toxicologists (Member) | 1985 - Current |

## HONORS:

| | |
|---|---|
| Sigma Xi Research competition, Fifth place | 1987 |
| Sigma Pi Alpha Scholastic Honor Society | 1984 |

## PERSONAL INFORMATION:

Address:
Toxicology Consultants &
Assessment Specialists, Inc. (TCAS, Inc.)
2155 Singing Woods
Skaneateles, New York 13152

Curriculum Vitae
William Robert Sawyer
April 2005
Page 6

**TELEPHONE:** (315) 685-2345
(800) 308-0080
**FAX:** (315) 685-0634

e-mail:    tcas@tcastox.com

**DATE OF BIRTH:**      December 2, 1956
**PLACE OF BIRTH:**     Webster, New York
**CITIZENSHIP:**        U.S.A.
**MARITAL STATUS:**     Married, 1989

## Professional Presentations:

Sawyer, W.R. and Rigle, D.A., "Evaluating Toxic Exposures after Daubert," Featured presentation at the 4th Annual National Expert Witness & Litigation Seminar. Hyannis, Massachusetts; June 23, 1995.

Sawyer, W.R. and Rigle, D.A., "The Medical Aspects of Toxic Exposure Assessments," Annual Scientific Meeting of The American Board of Forensic Medicine & The American College of Forensic Examiners. Naples, Fl; October 12-14, 1998.

Sawyer, W.R. and Rigle, D.A., Featured continuing medical education credit workshop (3.75 credit hours) entitled, "Forensic Medicine Toxicology," and "Reactive Airways Dysfunction Syndrome (RADS)". Annual Scientific Meeting of The American College of Forensic Examiners for the American Board of Forensic Medicine. New York, New York; October 29 - November 1, 1999.

Sawyer, W.R. and Rigle, D.A., Featured continuing medical education credit workshop (2.00 credit hours) entitled, "Fundamentals of Medical Toxicology," Annual Scientific Meeting of The American College of Forensic Examiners, American Board of Forensic Medicine. Las Vegas, Nevada: October 24 – October 27, 2000.

P08860

Curriculum Vitae
William Robert Sawyer
April 2005
Page 7

## Publications, Abstracts, Treatises & Editorial Publications

Sawyer, W.R., Ritter, E. and Faloon, W.W., "The Morphological Effects of Chenodeoxycholic Acid on Human Gastric Mucosa," The American Journal of Gastroenterology, Vol. 79, No. 5, 1984, pp. 348-353.

Carfagna, M.A., Sawyer, W.R. and Forney, R.B "Postmortem Distribution of Ethanol in Rats," The International Association of Forensic Toxicologist, Proceedings of the 24th International Meeting, July 28-31, 1987, pp. 87-93.

Sawyer, W.R., Waterhouse, G.A.W., Doedens, D.J. and Forney, R.B., "Heroin, Morphine and Hydromorphone Determination in Postmortem Material by High Performance Liquid Chromatography," Journal of Forensic Sciences, Vol. 33, No. 5, Sept. 1988, pp. 1146-1155.

Sawyer, W.R. and Forney, R.B., "Postmortem Disposition of Morphine in Rats," Forensic Science International, Vol. 38, Oct. 1988, pp. 259-273.

Sawyer, W.R., Steup, D.R., Martin, B.S. and Forney, R.B., "Cardiac Blood pH as a Possible Indicator of Postmortem Interval," Journal of Forensic Sciences, Vol. 33, No. 6, Nov. 1988, pp. 1439-1444.

Sawyer, W.R., Doedens, D.J. and Forney, R.B., "Heroin, Morphine, and Hydromorphone Determination in Postmortem Material by High Performance Liquid Chromatography" American Academy of Forensic Sciences 38th annual meeting, Abstract K13, 1986, pg. 114.

Sawyer, W.R. and Forney, R.B., "Postmortem Disposition of Morphine in the Rat," Presented at the 24th International Meeting, Banff, Canada. The International Association of Forensic Toxicologists Abstracts, 1987, pg. 12.

P08861

**Curriculum Vitae**
**William Robert Sawyer**
**April 2005**
**Page 8**

Carfagna, M.A., Sawyer, W.R. and Forney, R.B., "Postmortem Distribution of Ethanol in Rats," The International Association of Forensic Toxicologists Abstracts, 1987, pg. 13.

Sawyer, W.R., Steup, D.R., Martin, B.S. and Forney, R.B., "Cardiac Blood pH as a Possible Indicator of Postmortem Interval", Presented at the 40th Annual American Academy of Forensic Sciences meeting, February 19, 1988, Abstract No. K65, pg. 141.

Sawyer, W.R., Doedens, D.J., Authors Response to Discussion of "Heroin, Morphine and Hydromorphone Determination in Postmortem Material by High Performance Liquid Chromatography," Journal of Forensic Sciences, Vol. 35, No. 3, May, 1990, pp. 522-523.

Sawyer, W.R., "Analysis of Volatile Organic Contaminants from Biological Matrices by Purge and Trap Gas Chromatography/Mass Spectrometry," Presented at the 44th Annual American Academy of Forensic Sciences meeting, February 20, 1992, Abstract No. K45, pg. 197.

Sawyer, W.R. and Rigle, D.A., "Toxic Etiology of Multiple Chemical Sensitivities: Review of Case Histories with Documented Toxic Exposure," Published in the Society of Toxicology; The Toxicologist, Volume 15, No. 1., 1995, pgs. 228 - 229.

Rigle, D.A. and Sawyer, W.R., Evaluation of Toxic Exposures after Daubert, Expert Witness Handbook, S.E.A.K., 1995 edition.

Miller, F.W., Sawyer, W.R., "What Causes Myositis" National Myositis Association Newsletter, No. 16, page 2., December, 1995.

Sawyer, W.R., "Identification of Unique Cocaine Metabolites and Smoking By-Products in Postmortem Blood and Urine Specimens" (Special Article Review Presentation, Critical Assessment an Original Abstract); Practical Reviews in

P08862

<u>Forensic Medicine and Sciences</u>, Vol.1, No. 1, September 1998, Educational Reviews, LLC. from Jenkins, AJ and Goldberger, BA , Journal of Forensic Science, 1997, Vol. 42, No. 5, September, 824-827.

Sawyer, W.R., "The Effect of Glutaraldehyde Adulteration of Urine Specimens on Behring Syva Emit II Drugs of Abuse Assays" (Special Article Review Presentation, Critical Assessment and Original Abstract); <u>Practical Reviews in Forensic Medicine and Sciences</u>, Vol.1, No. 2 October 1998, Educational Reviews, LLC. from George, S, Bulletin of the International Association of Forensic Toxicologists, Vol. 27, No. 2, January 1997 10-11.

Sawyer, W. R., "The Absorption, Blood Levels, and Excretion of Mercury after a Single Dose of Mercury Vapor in Humans" (Special Article Review Presentation, Critical Assessment and Original Abstract); <u>Practical Reviews in Forensic Medicine and Sciences</u>, Vol. 1, No. 1, September 1998, Educational Reviews, LLC. from Sandborgh, G, et al., Toxicology and Applied Pharmacology, May 1997, Vol. 150, 146-153.

Sawyer, W.R. "Beyond Rohypnol: Use of Gamma-Hydroxybutyrate and Burundanga in Rape." (Special Article Review Presentation, Critical Assessment and Original Abstract); <u>Practical Reviews in Forensic Medicine and Sciences</u>, Vol. 1, No. 3, November 1998, Educational Reviews, LLC. from Hollinger, MA, The Forensic Examiner, Vol. 7, Nos. 3 & 4, March/April,1998, 25-27.

Sawyer, W.R., "Automobile Exhaust as a means of Suicide: An Experimental Study with a Proposed Model." (Special Article Review Presentation, Critical Assessment and Original Abstract); <u>Practical Reviews in Forensic Medicine and Sciences</u>, Vol. 1, No. 3, November 1998, Educational Reviews, LLC. from Morgen, C., Schramm, J., et al., Journal of Forensic Sciences, Vol. 43, No. 4, July 1998, 827-36.

Sawyer, W.R., "Burns from undisclosed acids in a liquid used by temporary workers. A recent problem in occupational medicine caused by lack of information." (Special Article Review Presentation, Critical Assessment and Original Abstract); <u>Practical Reviews in Forensic Medicine and Sciences</u>, September 1998, Educational Reviews, LLC. Vol. 1, No. 3, November 1998, from Fischer, M., Hellmann, A., et al., Deutche Medizinische Wochenschrift, February 06, 1998, Vol. 123, No. 6, pgs. 151-54.

Curriculum Vitae
William Robert Sawyer
April 2005
Page 10

Sawyer, W.R., "2,3,7,8-tetrachlorodibenzo-p-dioxin in Pregnant Long Evans Rats: Disposition to Maternal and Embryo/Fetal Tissues" (Special Article Review Presentation, Critical Assessment and Original Abstract); Practical Reviews in Forensic Medicine and Sciences, Vol. 1, No. 4, December 1998, Educational Reviews, LLC. from Hurst, CH, et al., Toxicological Sciences, October 1998, Vol. 45, No. 2, pgs. 129-36.

Rigle, D.A. and Sawyer, W.R., Original Article/Special Presentation: "Carbon Monoxide Toxicity versus Carbon Dioxide Toxicity and their relationship in Attempted Suicide" Practical Reviews in Forensic Medicine and Sciences, Vol. 1, No. 3, November 1998, Educational Reviews, LLC.

Sawyer, W.R., "Biological and Chemical Hazards of Forensic Skeletal Analyses" (Special Article Review Presentation, Critical Assessment and Original Abstract); Practical Reviews in Forensic Medicine and Sciences, Vol. 1., No. 4, December 1998, Educational Reviews, LLC. from Galloway, A. and Snodgrass, BA., Journal of Forensic Sciences, September 1998, Vol. 43, No. 5 pgs. 940-48.

Sawyer, W.R., "A Fatal Case of Benzene Poisoning & Special Discussion by Drs. Sawyer & Rigle" (Special Article Review Presentation, Critical Assessment and Original Abstract); Practical Reviews in Forensic Medicine and Sciences, Vol. 1, No. 5, January 1999, Oakstone Medical Publishing, Inc. from Barbera, N, Bulla, G. & Romano, G. Journal of Forensic Sciences, November 1998, Vol. 43, No. 6 pgs. 1250-1.

Sawyer, W.R. "Vitamin B2 Interference with TDx Drugs-of-Abuse Assays" (Special Article Review Presentation, Critical Assessment and Original Abstract); Practical Reviews in Forensic Medicine and Sciences, Vol. 1, No. 5, January 1999, Oakstone Medical Publishing, Inc. from Kunsman, SW., et al., Journal of Forensic Sciences, November 1998, Vol. 43, No.6 pgs. 1225-27.

Sawyer, W.R. "Controlled Ethyl tert-Butyl Ether (ETBE) Exposure of Male Volunteers" (Special Article Review Presentation, Critical Assessment and Original Abstract); Practical Reviews in Forensic Medicine and Sciences, Vol. 1, No. 6, February 1999 Oakstone Medical Publishing, Inc. from Nihlen, A, et al. Toxicological Sciences, Vol. 46, No. 1, pgs. 143-150, November 1998.

**Curriculum Vitae**
**William Robert Sawyer**
**April 2005**
**Page 11**

Sawyer, W.R. and Rigle D.A. Original Article/Special Presentation: "Toxicology of Aromatic Hydrocarbons"; <u>Practical Reviews in Forensic Medicine and Sciences</u>, Vol. 1, No. 5, January 1999, Oakstone Medical Publishing, Inc.

Sawyer, W.R. "Special Publication – Forensic Source Identification of Lead", (Special Article Review Presentation, Critical Assessment and Original Abstract); <u>Practical Reviews in Forensic Medicine and Sciences</u>, Vol. 1, No. 6, February 1999, Oakstone Medical Publishing, Inc.

Sawyer, W.R. "Postmortem Drug Redistribution - Human Cases Related to Results in Experimental Animals" (Special Article Review Presentation, Critical Assessment and Original Abstract); <u>Practical Reviews in Forensic Medicine and Sciences</u>, Vol. 1, No. 7, March 1999 Oakstone Medical Publishing, Inc. from Hilberg, T., et al., Journal of Forensic Sciences, January 1999, Vol. 44, No. 1, pgs. 3-9.

Sawyer, W.R. "A Case of Ballistic Toxicology" (Special Article Review Presentation, Critical Assessment and Original Abstract); <u>Practical Reviews in Forensic Medicine and Sciences</u>, Vol. 1., No. 8 April 1999 Oakstone Medical Publishing, Inc. from Kerkoff, W. Bulletin of The International Association of Forensic Toxicologist, Spring 1999, Vol. 24, No. 1, pgs. 4-5.

Sawyer, W.R. "Nitrites Adulteration in Urine Drug Testing" (Special Article Review Presentation, Critical Assessment and Original Abstract); <u>Practical Reviews in Forensic Medicine and Sciences</u>, Vol. 1., No. 8, April 1999 Oakstone Medical Publishing, Inc. from Spiehler, V., Bulletin of The International Association of Forensic Toxicologists, Spring 1999, Vol. 24, No. 1, pgs. 17-18.

Sawyer, W.R. "The Response of the Intoxilyzer 5000 to Five Potential Interfering Substances"; <u>Practical Reviews in Forensic Medicine and Sciences</u>, Vol. 1., No. 9 May 1999 Oakstone Medical Publishing, Inc. from Caldwell, J.P. and Kim, N.D., Journal of Forensic Science, 1997 Vol. 42, No. 6, November, pgs. 1080-87.

Sawyer, W.R. "A New Drug-of-Abuse 4-Methylthioamphetamine (Flatliners) & Toxic Related Fatality" (Special Article Review Presentation, Critical Assessment and Original Abstract); <u>Practical Reviews in Forensic Medicine and Sciences</u>, Vol. 1., No. 10, June 1999 Oakstone Medical Publishing, Inc. from Groombridge, C., et al., Bulletin of The International Association of Forensic Toxicologists, April 1999, Vol. 24, No. 2, pgs. 5-9.

Curriculum Vitae
William Robert Sawyer
April 2005
Page 12

Sawyer, W. R. "Fatal Ingestion of Paroxetine (Deroxatt ™)" (Special Article Review Presentation, Critical Assessment and Original Abstract); <u>Practical Reviews in Forensic Medicine and Sciences</u>, Vol. 1., No. 10, June 1999 Oakstone Medical Publishing, Inc. from Tracqui, P., et al., Bulletin of the International Association of Forensic Toxicologists, Vol. 27, No. 1, pgs. 9-10, January, 1999

Sawyer, W.R. "Forensic Evaluation of Pulmonary Toxicity Attributed to Amiodarone" (Special Presentation); <u>Practical Reviews in Forensic Medicine and Sciences</u>, Vol. 1., No. 10, June 1999 Oakstone Medical Publishing, Inc. Literature Review Backer, et al., American Heart, Vol. 123 (6), June, 1992, PDR, 1999, et al.

Sawyer, W.R. "Blood Alcohol Content Testimony" <u>Practical Reviews in Forensic Medicine and Sciences</u>, Vol. 1., No. 11, July 1999 Oakstone Medical Publishing, Inc. Referenced Literature: The Testifying Expert, June 1999, Vol. 7, Issue 6, pg. 9 & Goldfrank's Toxicologic Emergencies.

Sawyer, W.R. "The enigma of Arsenic Carcinogenesis: Role of Metabolism" (Special Article Review Presentation, Critical Assessment and Original Abstract); <u>Practical Reviews in Forensic Medicine and Sciences</u>, Vol. 1., No. 11, July 1999 Oakstone Medical Publishing, Inc. from Goering, P.L., et al. Toxicological Sciences, Vol. 49, No. 1, pgs. 5-14, May 1999.

Sawyer, W. R. "Differential Diagnosis Methodology Accepted by U.S. Circuit Court of Appeals " <u>Practical Reviews in Forensic Medicine and Sciences</u>, Vol. 1., No. 12, August 1999 Oakstone Medical Publishing, Inc. Referenced Literature: The Testifying Expert, July 1999, Vol. 7, Issue 7, p 9 & Vol. 7, Issue 6, p2.

Sawyer, W.R. "Toluene Diisocyanate Colocalizes with Tubulin on Cilia of Differentiated Human Airway Epithelial Cells" (Special Article Review Presentation, Critical Assessment and Original Abstract); <u>Practical Reviews in Forensic Medicine and Sciences</u>, Vol. 1., No. 12, August 1999 Oakstone Medical Publishing, Inc. from Lange, R.W., et al. Toxicological Sciences, Vol. 50, No. 1, pgs. 64-71, July 1999.

Sawyer, W.R. "GC/Mass Spectrometry Data from Fire Debris Samples: Interpretation and Application" (Special Article Review Presentation, Critical

Assessment and Original Abstract); Practical Reviews in Forensic Medicine and Sciences, Vol. 2., No. 3, November 1999 Oakstone Medical Publishing, Inc. from Wallace, J.R., Journal of Forensic Sciences, September 1999, Vol. 44 No. 5, pgs. 996-1012.

Sawyer, W.R. "Potassium Nitrite Reaction with 11-Nor-Delta9-Tetrahydrocannabinol-9-Carboxylic Acid in Urine in Relation to the Drug Screening Analysis" (Special Article Review Presentation, Critical Assessment and Original Abstract); Practical Reviews in Forensic Medicine and Sciences, Vol. 2., No. 3, November 1999 Oakstone Medical Publishing, Inc. from Lewis, S.A., Journal of Forensic Sciences, September 1999, Vol. 44 No. 5, pgs. 951-55.

Sawyer, W.R. "The Extent of Postmortem Drug Redistribution in a Rat Model" (Special Article Review Presentation, Critical Assessment and Original Abstract); Practical Reviews in Forensic Medicine and Sciences, Vol. 2., No. 4, December 1999 Oakstone Medical Publishing, Inc. from Hilberg, M.D., et al., Journal of Forensic Sciences, September 1999, Vol. 44 No. 5, pgs. 956-62.

Sawyer, W.R. "Exposure to Contaminated Milk Presents 'Difficult Case' for Application of Daubert Reliability Standard" (Special Article Review Presentation, Critical Assessment and Original Abstract); Practical Reviews in Forensic Medicine and Sciences, Vol. 2., No. 4, December 1999 Oakstone Medical Publishing, Inc. published in Expert Testimony, Evidence, & Trial Consultants, October 1999, Vol. 7, Issue 10, pg. 3.

Sawyer, W.R. "Fulminant Liver Failure in a Young Child Following Repeated Acetaminophen Overdosing" (Special Article Review Presentation, Critical Assessment and Original Abstract); Practical Reviews in Forensic Medicine and Sciences, Vol. 2., No. 6, February 2000, Oakstone Medical Publishing, Inc. from Bauer, M, et al., Journal of Forensic Sciences, November 1999, Vol. 44 No. 6, pgs. 1299-1303.

Sawyer, W.R. "Alcohol Content of Beer and Malt Beverages: Forensic Considerations" (Special Article Review Presentation, Critical Assessment and Original Abstract); Practical Reviews in Forensic Medicine and Sciences, Vol. 2., No. 6, February 2000, Oakstone Medical Publishing, Inc. from Logan, B.K., et al., Journal of Forensic Sciences, November 1999, Vol. 44 No. 6, pgs. 1292-1295.

P08867