1082

frankly, I already told you I thought you
were intelligent and I'm not going to spend
a lot of time on what should be obvious
anyway.

Then we have got the Saturday morning
and the third defense, if we count them
up, the Saturday night surprise.  Let's
be 100, 100 percent clear as to what
Dr. Mitchell said.  He said, "It is possible,"
repeat, possible, "that the victim was killed
on either Friday night or Saturday night,
based solely upon my initial external examination
of the body of Valerie Hill."  I don't think
it could be any clearer that that is
what he said.  And as he told the grand
jury, rigor mortis, the stiffening of the
body after death, normally begins to pass off
within 24 to 48 hours.

If we were looking at a calendar,
this would put the normal time of death or the
normal median time of death sometime Saturday
afternoon.  Could it have been 16, 17, 18 hours
earlier?  Absolutely.  Absolutely.

Heating conditions refer, first of all,

P01759

1083

to 75 degrees.  It wasn't the temperature

of the house.  The temperature of the house

was 62 degrees.  Valerie Hill kept the heat

down, as we now know.  That's why she had

plastic on the front door.  Basement

underneath her, cold floor.  And the nights,

as you might expect, in March of 1987 were

cold as well.

He had a chance to review autopsy

sectional slides of the brain.  He considered

the temperature factors.  And most importantly,

when he tells you what an autopsy is, it

is not just medical stuff on a slab in the

morgue.  It is a constellation of all the

other circumstantial factors that lead him

into an opinion as to what is most likely

the time of death.  Friday night.

Please, please, if someone in the

jury room says, geez, I have a reasonable

doubt, Dr. Mitchell says she could have

died Saturday, don't look for a conviction,

in any case, where the body isn't found

within 24 hours, because you're playing

right into this defendant's scheme.  Because

P01760

1084

Dr. Mitchell is going to say the same thing
in any case he ever testifies to, because --
well, because I think that's what he'll
do.  Namely, that "I am not Jack Klugman.
I cannot tell you she died at 6:30 on Tuesday,
the 4th of July."  That's not the way it
works in the real world.

He wants you to think, Hector Rivas
wants you to think that she died Saturday
night because even though he hasn't really
presented an alibi for that night either,
he has presented some witnesses that have
been with him.  And he's just, he's just
Mr. Social Butterfly on Saturday night.
He rushes up to Liz Lewis, gives her a big
hug.  Ed Marion remembers him dancing up
a storm.

And the library book.  You know, when
I took this case six months ago and began
to look into it, I said, you know, the library
book, it's going to be important.  I'm going
to look for a jury that knows not to be
fooled by a defendant.  The cunning of it
all, the library book.  And the beautiful irony

P01761