# EXHIBIT "Z"

```
 1   UNITED STATES DISTRICT COURT
     NORTHERN DISTRICT OF NEW YORK
 2   _____

 3   SIDNEY MANES, administrator of the
     estate of HECTOR RIVAS,
 4
                      Plaintiff,
 5                                          Case No.:
          -vs-                              5:19-cv-00844
 6
     ONONDAGA COUNTY; et al.,
 7
                      Defendants.
 8   _____

 9                    DEPOSITION
10   _____

11   WITNESS:        ERIK MITCHELL

12   DATE:           Thursday, October 19, 2023

13   START TIME:     10:30 a.m.
     END TIME:       3:03 p.m.
14
     LOCATION:       Precision Reporters, LLC
15                   110 West Fayette Street, Suite 750
                     Syracuse, New York 13202
16

17   BEFORE:         Elyse M. Addabbo
                     Court Reporter and Notary Public
18
     JOB NUMBER:     20262
19

20

21

22

23

24

25
```

1     A.    Yes.

2     Q.    Okay.  Did you understand that question
3 meaning slides of the brain?

4     A.    No, the only slides we have, the Kodachrome
5 slides.

6     Q.    Okay.  And were the slides of the brain you
7 were talking about pages four and five of Exhibit 27?

8     A.    That would be the only ones that I would have,
9 yes.

10    Q.    Okay.  And what did you see in -- and please,
11 look at them now.  What did you see in those slides that
12 indicated decomposition?

13    A.    That is consistent with it.  I mean, those
14 slides are not in themselves the definition of
15 decomposition.  But I described in my autopsy report
16 softening and autolytic change on gross exam, and what
17 you've got here is a brain that is slumping slightly down
18 in the brain cage and has slight flattening of the gyral
19 definition.  But handed this independently with no
20 history, you're not going to derive -- it goes along with
21 what I observed but it's not pathognomonic of it.

22    Q.    Okay.  Now, did reviewing those slides in
23 preparation for trial change your opinion with regard to
24 the likelihood of the date of death or the range of the
25 date of death?