

Rob Rickner | rob@ricknerpllc.com

February 14, 2025

**BY ECF**

Hon. Brenda K. Sannes
Chief U.S. District Judge
United States District Court
100 S. Clinton Street
Syracuse, New York 13261

        Re:    *Manes v. Onondaga County* et al., No. 5:19-cv-00844 (BKS/TWD)

Your Honor:

We represent the Estate of Hector Rivas, and, before his death, the Executor of the Estate Sidney Manes. We write the Court to provide an update regarding the appointment of a new Executor, pursuant to the Court's January 13, 2025 Order. *See* Dkt. No. 147.

The new Executor, Mr. Rivas' niece Flora Rivas, has retained Bousquet Holstein PLLC to handle the estate filings in Surrogate's Court, as they had handled Mr. Rivas' will and Mr. Manes' appointment. The necessary paperwork is in the process of being drafted and should be filed shortly. Given that there is a will, and this is purely ministerial, we believe that this process will be completed within 90-day deadline in Fed. R. Civ. P. 25(a)(1). We will update the Court as soon as Ms. Flores is appointed.

We appreciate the Court's time and attention to this matter.

Respectfully,

   /s/

Rob Rickner

cc:    All Counsel of Record (ECF)