# ROBERT F. JULIAN, P.C.
## ATTORNEY AT LAW
2037 Genesee St.
Utica, New York 13501-5951

Phone: 315-797-5610  
Toll Free: 855-735-5291

Fax: 877-292-2037  
www.rfjulian.com

*Robert F. Julian*

*Richard Pertz, Of Counsel*

*Stephanie A. Palmer*

December 5, 2025

**VIA ELECTRONIC FILING**
Hon. Brenda K. Sannes, Chief U.S District Judge
James M. Hanley Federal Building & U.S. Courthouse
100 South Clinton Street
Syracuse, New York 13261

Re: *Rivas v. Onondaga County, et al. [5:19-CV-844 (BKS/TWD)]*
**Concurrence with Defendant Onon. Co's Application for Judicial Subpoena**

Dear Chief Judge Sannes:

Please be advised that the Defendant Erik K. Mitchell joins in Defendant Onondaga County's application request for a Judicial Subpoena to the New York State Department of Corrections and Community Supervision ("DOCCS") for the reasons set forth in Ms. D'Agostino's Letter Brief to the Court, (*DK# 182*) dated and filed December 3, 2025.

Respectfully,

Robert F. Julian, Esquire

RFJ/lt

cc: All Counsel of Record *(via efiling)*