

**MARY L. D'AGOSTINO**
(315) 565-4550
mdagostino@hancocklaw.com

January 29, 2026

**VIA ELECTRONIC FILING**

Hon. Brenda K. Sannes, Chief U.S. District Judge Baltimore, Maryland
James M. Hanley Federal Building & U.S. Courthouse
100 S. Clinton Street
Syracuse, New York 13261

    Re:    *Rivas v. Onondaga County, et al.*, No.: 5:19-cv-844 (BKS/TWD)
           **Status Report**

Dear Chief Judge Sannes,

    Pursuant to the Text Order at Dkt. No 186, we provide the following status report, which is submitted jointly on behalf of all of the parties.

    Given Defendant Onondaga County's status as a municipal entity, it is required to seek legislative approval before it can formally commit to the parties' proposed settlement. Pursuant to that legislative process, on January 27, 2026, the County's Ways and Means Committee approved the forwarding of the proposed settlement to the Onondaga County Legislature. As a result, the Legislature is scheduled to consider and vote on the settlement during its next scheduled session on Tuesday, February 3, 2026.

    Assuming that vote is successful, the parties will then be able to execute and then, within a few weeks, consummate their settlement agreement. We therefore propose filing an additional status report with the Court in 30 days.

    We are of course available should you have any questions or require any further additional information.

    Respectfully submitted,

    HANCOCK ESTABROOK, LLP

    */s/ Mary D'Agostino*

    Mary L. D'Agostino

cc:    all counsel of record (*via electronic filing*)