The Law Offices of
# Scott A. Korenbaum

14 Wall Street, Suite 4C
**New York,** New York 10005
Tel: (212) 587-0018      Fax: (212) 587-0018

February 12, 2026

BY ECF

Hon. Brenda K. Sannes
United States District Court
Northern District of New York
100 S. Clinton Street
Syracuse, New York 13261

      Re:    *Rivas, etc. v. Onondaga County, et al.*
            19 CV 844 (BKS) (TWD)

Dear Judge Sannes:

      I am one of the attorneys for plaintiff. As discussed with the parties and chambers, we write to request that the status report currently due February 13, 2026, be adjourned until April 10, 2026.

      Respectfully submitted,

      *Scott A. Korenbaum*

      Scott A. Korenbaum

SAK:sak

cc:    All parties (by ECF)