

**MARY L. D'AGOSTINO**
(315) 565-4550
*mdagostino@hancocklaw.com*

April 10, 2026

**VIA ELECTRONIC FILING**

Hon. Brenda K. Sannes, Chief U.S. District Judge
James M. Hanley Federal Building & U.S. Courthouse
100 S. Clinton Street
Syracuse, New York 13261

> Re:    *Manes v. Onondaga County, et al.*, No.: 5:19-cv-844 (BKS/CBF)
> **Updated Status Report**

Dear Chief Judge Sannes,

Please accept this letter pursuant to the Text Order at Dkt. No 192. As you are aware, the parties previously reached a tentative settlement as a result of a mediation occurring in late 2025. Because Defendant Onondaga County is a municipal entity, that tentative settlement could only become operative upon approval by the Onondaga County Legislature. On February 3, 2026, however, the County Legislature considered the settlement and declined to authorize it.

Since that date, the County has been attempting to resubmit the settlement to the legislature so as to attempt to preserve the tentative settlement that emerged from mediation. Those efforts are ongoing and have not yet been exhausted. Understanding those efforts, Plaintiff has been forbearing, for the time being, on taking any further action.

As a result, we respectfully request the Court approve an additional 30-day extension to allow this ongoing process to unfold. Should you need further details, we propose short phone conference with either Your Honor, or Magistrate Judge Freedman, to further explain the present situation and actions being taken.

Respectfully submitted,

HANCOCK ESTABROOK, LLP

Mary L. D'Agostino

cc:    all counsel of record (*via electronic filing*)

1800 AXA Tower I, 100 Madison Street, Syracuse, New York 13202 | 315.565.4500 ☎ 315.565.4600 🖨 | hancocklaw.com