

**MARY L. D'AGOSTINO**
(315) 565-4550
*mdagostino@hancocklaw.com*

May 11, 2026

## VIA ELECTRONIC FILING

Hon. Brenda K. Sannes, Chief U.S. District Judge
James M. Hanley Federal Building & U.S. Courthouse
100 S. Clinton Street
Syracuse, New York 13261

> Re:    *Manes v. Onondaga County, et al.*, No.: 5:19-cv-844 (BKS/CBF)
>           **Updated Status Report**

Dear Chief Judge Sannes,

Please accept this letter as a status report pursuant to the Text Order at Dkt. No 194. For the reasons set forth below, we write to respectfully request a conference with the Court

By way of background, the parties previously reached a tentative settlement agreement following a mediation before Mediator James Hacker, which occurred in late 2025. Because Defendant Onondaga County is a municipal entity, that tentative settlement agreement could only become operative upon legislative approval by the Onondaga County Legislature. However, when the County Legislature considered it on February 3, 2026, the settlement garnered insufficient votes to secure its approval.

Since February 3, 2026, the County has undertaken efforts to resubmit the settlement to the Legislature in a further effort to achieve the required legislative approval of the tentative settlement. We regret to inform the Court that those efforts have been unsuccessful and that it would appear that further efforts would be futile.

We understand that this turn of events has been frustrating for both the Court, the various parties, and their respective counsel. While the original tentative settlement was reached in good faith, the legislative process was less predictable than originally believed. We are mindful of the effort all the parties put into this process and regret the inconvenience and delay to the Court, the parties, and their counsel as a result of this unsuccessful settlement effort.

In light of the circumstances, it is our belief that the matter must be returned to the trial calendar. We therefore respectfully request Court conference to discuss the next steps.

Respectfully submitted,

HANCOCK ESTABROOK, LLP

Mary L. D'Agostino

cc:     all counsel of record (*via electronic filing*)