

Joshua S. Moskovitz, Principal │ (212) 300-6506 │ josh@rmcivilrights.com

May 18, 2026

**BY ECF**

Hon. Brenda K. Sannes
United States District Court
Northern District of New York
100 S. Clinton Street
Syracuse, New York 13261

       Re:    *Rivas v. Onondaga County* et al., No. 19 CV 844 (BKS) (CBF)

Dear Judge Sannes,

    We represent Plaintiff Flora Rivas, Executor of the Estate of Hector Rivas. We write consistent with Civil Local Rule 5.2 concerning the letter we sent the Court dated May 18, 2026. While Plaintiff does not believe this letter should be kept under seal, we have not filed that letter electronically given the nature of the issues addressed therein. We will await direction from the Court whether the letter should be filed electronically or placed under seal.

               Respectfully,

               Joshua S. Moskovitz
               Rob Rickner
               RICKNER MOSKOVITZ LLP

               Scott Korenbaum
               THE LAW OFFICES OF SCOTT A. KORENBAUM

cc:    All Counsel of Record