

**MARY L. D'AGOSTINO**
(315) 565-4550
*mdagostino@hancocklaw.com*

July 24, 2026

**VIA ELECTRONIC FILING**

Hon. Brenda K. Sannes, Chief U.S. District Judge
United States District Court for the Northern District of New York
James M. Hanley Federal Building & U.S. Courthouse
100 South Clinton Street
Syracuse, New York 13261

      Re:  *Manes o/b/o v. Onondaga County, et al.*, No.: 5:19-cv-844 (BKS/CBF)

Dear Chief Judge Sannes,

      Our office represents Defendant Onondaga County ("County") in connection with the above-referenced matter. We write respectfully request a conference with the Court to address a briefing schedule for the County's anticipated motion for a protective order concerning a subpoena recently served on non-party William Fitzpatrick.

      Earlier today, Plaintiff's counsel provided the County with a copy of a subpoena issued to Mr. Fitzpatrick, commanding his appearance for a deposition on August 4, 2026. A true and accurate copy of the subpoena is annexed hereto as **Exhibit "A."** Although the subpoena was apparently served on July 17, 2026, Plaintiff's counsel did not notify the County of its service until today. Plaintiff also unilaterally scheduled the deposition for August 4, 2026, without first determining whether counsel for the County was available.

      More fundamentally, the fact-discovery period closed, and Plaintiff has not made an appropriate application to the Court to reopen discovery. To the extent Plaintiff's July 16, 2026 letter could be construed as such an application, the County's response is not due until August 6, 2026, *i.e.*, after the noticed deposition date. See Dkt. Nos. 209–210.

      The County appreciates the Court's time and attention in this matter.

      HANCOCK ESTABROOK, LLP

Mary L. D'Agostino

cc:     all counsel of record (*via electronic filing*)