# Rickner | Moskovitz

Rob Rickner, Principal  |  (212) 300-6506  |  rob@rmcivilrights.com

August 6, 2026

**BY ECF**

Hon. Brenda K. Sannes
Chief U.S. District Judge
United States District Court
100 S. Clinton Street
Syracuse, New York 13261

> Re:  *Manes v. Onondaga County* et al., No. 5:19-cv-00844 (BKS/TWD)

Your Honor:

We represent Flora Rivas, Executor of the Estate of Hector Rivas, and we write to request a two-week extension of the time to oppose the various motions filed by Defendants on July 17, 2026. The current deadline to oppose is August 7, 2026, and with an extension the deadline will be August 21, 2026. Counsel for Onondaga County consent to this request, and asked for an equivalent extension of the reply deadline, which we consent to. The reply is currently due August 14, 2026, and with the extension the deadline will be August 28, 2026. We reached out to counsel for Erik Mitchell, but have not received a response.

In addition, today, District Attorney William Fitzpatrick submitted a letter, as did Erik Mitchell, raising multiple different issues, including new arguments in opposition to Plaintiff's pending application for discovery concerning the scuttled settlement. We ask that we be permitted to submit a reply to these letters, as well as the County's forthcoming opposition, with a deadline of August 14, 2026 for Plaintiff's reply.

We appreciate the Court's time and attention to this matter.

Respectfully,

/s/

Rob Rickner

cc:    All Counsel of Record (ECF)

