

**MARY L. D'AGOSTINO**
(315) 565-4550
*mdagostino@hancocklaw.com*

August 12, 2026

**VIA ELECTRONIC FILING**

Hon. Brenda K. Sannes, Chief U.S. District Judge
United States District Court for the Northern District of New York
James M. Hanley Federal Building & U.S. Courthouse
100 South Clinton Street
Syracuse, New York 13261

  Re: *Manes o/b/o v. Onondaga County, et al.*, No.: 5:19-cv-844 (BKS/CBF)

Dear Chief Judge Sannes,

  Our office represents Defendant Onondaga County (the "County") in the above-referenced lawsuit, which is scheduled for trial later this year. We write to respectfully ensure that the record is clear relative to the County's requested deposition of Flora Rivas, which has been referenced throughout the parties' recent filings.

  Briefly, Flora Rivas was substituted as the representative of Plaintiff (*Estate of Hector Rivas*). This substitution stemmed from the death of Sidney Manes, the *previous* representative of Plaintiff (*Estate of Hector Rivas*). Flora Rivas was substituted for Sidney Manes *after* the close of fact discovery and *after* dispositive motion practice had already commenced.

  The County has not yet formally sought relief from the Court. Although it had hoped to do so well before now, Plaintiff's counsel informed the undersigned this evening that Plaintiff's final position on the issue (*i.e.*, a deposition of Flora Rivas), will be provided simultaneous with its response to Dkt. No. 218 (Dr. Mitchell's separate request to depose Ms. Rivas) which is due August 14, 2026.

  Upon receipt of Plaintiff's final position on August 14, 2026, the County is prepared to proceed with any necessary motion practice and will abide by any briefing schedule the Court deems appropriate.

HANCOCK ESTABROOK, LLP

Mary L. D'Agostino

cc:     all counsel of record (*via electronic filing*)