# EXHIBIT 1


3:57
New iMessage
today. I know things are
To: Jon Moss
I am in a meeting
What's your email
JMoss@syracuse.com
Reaching out about the settlement reached in the Rivas case
Wed, Feb 4 at 11:48 AM