**_ROBERT F. JULIAN, P.C._**
**_ATTORNEY AT LAW_**
2037 Genesee St.
Utica, New York 13501-5951

Phone: 315-797-5610 Fax: 877-292-2037
Toll Free: 855-735-5291 www.rfjulian.com

*Robert F. Julian* *Richard Pertz, Of Counsel*

*Stephanie A. Palmer*

August 27, 2026

***VIA ECF***

Hon. Brenda K. Sannes
Chief U.S. District Judge
United States District Court
Northern District of New York
100 S. Clinton Street
Syracuse, NY 13261

Re: *Rivas v. Mitchell, et al.*
No. 5:19-CV-844 (BKS/CBF)

Dear Judge Sannes:

I represent Dr. Erik Mitchell in the above-entitled matter, and I write to advise the Court we join in the County of Onondaga's submissions in their entirety.

I thank the Court for its courtesies.

Respectfully,

Robert F. Julian, Esq.
RFJ/lt
Enclosures