**ROBERT F. JULIAN, P.C.**
**ATTORNEY AT LAW**
2037 Genesee St.
Utica, New York 13501-5951

Phone: 315-797-5610
Toll Free: 855-735-5291

Fax: 877-292-2037
www.rfjulian.com

*Robert F. Julian*

*Stephanie A. Palmer*

*Richard Pertz, Of Counsel*

October 8, 2026

*VIA ECF*

Hon. Brenda K. Sannes
Chief U.S. District Judge
United States District Court
Northern District of New York
100 S. Clinton Street
Syracuse, NY 13261

Re: *Rivas v. Mitchell, et al.*
No. 5:19-CV-844 (BKS/CBF)

Dear Judge Sannes:

I have received notice of the Rivas oral argument next Friday at 10 a.m. I am engaged in a long scheduled medical malpractice trial, *Clair v. Sassower*, before Justice Clarke in Supreme Court on that date. I have conferred with my adversary and Justice Clarke about your notice. My adversary has scheduled his expert for testimony that morning. He has indicated that if we could schedule our oral argument for 9 a.m. with the expectation of concluding by 11 a.m. his needs could be met. Consequently, I am requesting that the oral argument commence in a remote form at 9 a.m. If the Court anticipates more than two (2) hours, I am not sure what the remedy may be, but I am offering this to remediate the problem.

Respectfully,

Robert F. Julian, Esq.

RFJ/lt