**U.S. DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF NEW YORK**

Case Name & No.: *Rivas v. Onondaga County, et al.* 5:19-CV-844 (BKS/CBF)

Date of Trial: Monday, November 30, 2026 at 9:30 a.m.

PRESIDING JUDGE: Hon. Brenda K. Sannes, Chief U.S. District Judge

( ) Plaintiff (X) **Defendant Onondaga County** ( ) Court

| Exhibit Number | Marked for Identification | Admitted in Evidence | Remarks | Witness | Exhibit Description |
|---|---|---|---|---|---|
| 001 | | | From original criminal trial. | | March 1987 calendar |
| 002 | | | From original criminal trial. | | Countywide map |
| 003 | | | From original criminal trial. | | Map of Syracuse/ I-690 area |
| 004 | | | From original criminal trial. | | Photograph of Valerie Hill |
| 005 | | | From original criminal trial. | | Photograph of both sides of torn letter recovered from defendant's trash |
| 006 | | | From original criminal trial. | | Photograph of victim's kitchen table, ashtray and papers |
| 007 | | | From original criminal trial. | | Stephen King library book |
| 008 | | | From original criminal trial. | | Nye Ford repair order for Valerie Hill |
| 009 | | | From original criminal trial. | | Travel agent's handwritten rate/date quotations for Valerie Hill |
| 010 | | | From original criminal trial. | | Travel brochure found on kitchen table |

| | | | | | |
|---|---|---|---|---|---|
| 012 | | | From original criminal trial. | | Photograph of 248–250 Hickok Avenue |
| 013 | | | From original criminal trial. | | Front-view photograph of 248–250 Hickok Avenue |
| 014 | | | From original criminal trial. | | Photograph of rear garage and victim's white Ford Tempo |
| 015 | | | From original criminal trial. | | Crime-scene photograph of Valerie Hill's body |
| 016 | | | From original criminal trial. | | Second-angle crime-scene photograph of Valerie Hill's body |
| 017 | | | From original criminal trial. | | Photograph from Coleman's, March 27, 1987 |
| 018 | | | From original criminal trial. | | Photograph of Hector Rivas residence |
| 019 | | | From original criminal trial. | | Photograph of vehicles in defendant's driveway |
| 020 | | | From original criminal trial. | | Another view of car/van in defendant's driveway |
| 021 | | | From original criminal trial. | | Another view of car/van in defendant's driveway |
| 022 | | | From original criminal trial. | | Original letter corresponding to photographed letter (Exhibit 5) |
| 023 | | | From original criminal trial. | | Polaroid of garbage bag containing torn correspondence |
| 025 | | | From original criminal trial. | | Photograph taken at Coleman's, including Hector Rivas and a woman |
| 026 | | | From original criminal trial. | | Photograph of Hector Rivas waving at Coleman's |
| 027 | | | From original criminal trial. | | Copy of March 30, 1987 crime-scene videotape |
| 028 | | | From original criminal trial. | | Bottle of Bacardi rum recovered from victim's apartment |

| | | | | | |
|---|---|---|---|---|---|
| 029 | | | From original criminal trial. | | Handwritten note on a white sheet of paper; handwriting stipulated to be defendant's |
| 030 | | | From original criminal trial. | | Pieces of stationery recovered from victim's apartment |
| 031 | | | From original criminal trial. | | Photograph of victim's kitchen table |
| 032 | | | From original criminal trial. | | Photograph of interior of victim's refrigerator showing Blue Nun bottle |
| 033 | | | From original criminal trial. | | Enlarged photograph of shelf/cupboard over stove with Bacardi bottle |
| 034 | | | From original criminal trial. | | Bottle of Blue Nun wine recovered from victim's refrigerator |
| 035 | | | From original criminal trial. | | Brass ashtray recovered from victim's kitchen table |
| 036 | | | From original criminal trial. | | Fingerprint comparison chart: latent on ashtray / defendant's right index finger |
| 037 | | | From original criminal trial. | | Fingerprint comparison chart: bottle of Blue Nun wine / defendant's right thumb |
| 038 | | | From original criminal trial. | | Victim's purse and contents |
| 039 | | | From original criminal trial. | | Bag of notes/cards/letters, stipulated to defendant's handwriting |
| 040 | | | From original criminal trial. | | Photograph of rear entry door/deadbolt at 248 Hickok Avenue |
| 041 | | | From original criminal trial. | | Photograph of electric-blanket control in victim's bedroom |
| 042 | | | From original criminal trial. | | Phone book recovered from under victim's body |
| 043 | | | From original criminal trial. | | Yellow note paper recovered from living-room end-table drawer |
| 044 | | | From original criminal trial. | | White written paper recovered from living-room end-table drawer |

| | | | | | |
|---|---|---|---|---|---|
| 045 | | | From original criminal trial. | | Written white paper and greeting card recovered from victim's bedroom jewelry box |
| 046 | | | From original criminal trial. | | Three handwritten yellow Burns Brothers Piping Company papers from kitchen table |
| 047 | | | From original criminal trial. | | Wallet and paperwork from kitchen table, including $22 |
| 048 | | | From original criminal trial. | | Cigarette butts collected from ashtray (five Barclay; two Carlton), with Polaroid |
| 049 | | | From original criminal trial. | | Greeting cards and business card recovered from top of refrigerator; subject to authorship stipulations |
| 050 | | | From original criminal trial. | | Photograph of phone book in relation to victim's body |
| 051 | | | From original criminal trial. | | Photograph of kitchen table, ashtray, matches and cigarette butts |
| 052 | | | From original criminal trial. | | Photograph of kitchen sink, glasses and dishes |
| 053 | | | From original criminal trial. | | Photograph of refrigerator/freezer and items on top |
| 054 | | | From original criminal trial. | | Collection of papers/letter addressed to Robert Lucas; admitted in entirety |
| 055 | | | From original criminal trial. | | Blue bathrobe in plastic bag |
| 056 | | | From original criminal trial. | | Sash/belt from blue bathrobe in plastic bag |
| 057 | | | From original criminal trial. | | Photograph of victim showing sash wrapped around neck |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

**EXHIBITS MARKED FOR IDENTIFICATION ONLY**

| | | | | | |
|---|---|---|---|---|---|
| | | | | | |

1. Defendants reserve the right to supplement this exhibit list with additional exhibits as needed and depending on the evidence offered by Plaintiff at trial.

2. THIS EXHIBIT LIST DOES NOT INCLUDE IMPEACHMENT EXHIBITS, which will be marked at trial as needed.

Dated: _October 13, 2026
Syracuse, New York

Respectfully submitted,

HANCOCK ESTABROOK LLP

By: s/ John G. Powers, Esq.

John G. Powers, Esq. (508934)
Mary L. D'Agostino, Esq. (520301)
Amanda C. Nardozza, Esq. (704370)
1800 AXA Tower I
100 Madison St.
Syracuse, NY 13202
(315) 565-4500

COUNSEL FOR DEFENDANT ONONDAGA COUNTY

**Exhibits Returned to Counsel (Date): _____________**

**Signature: __________________________**