**_ROBERT F. JULIAN, P.C._**
**_ATTORNEY AT LAW_**
2037 Genesee St.
Utica, New York 13501-5951

Phone: 315-797-5610
Toll Free: 855-735-5291

Fax: 877-292-2037
www.rfjulian.com

*Robert F. Julian*

*Stephanie A. Palmer*

*Richard Pertz, Of Counsel*

November 4, 2026

***VIA ECF***

Hon. Brenda K. Sannes
Chief U.S. District Judge
United States District Court
Northern District of New York
100 S. Clinton Street
Syracuse, NY 13261

Re: *Rivas v. Mitchell, et al.*
No. 5:19-CV-844 (BKS/CBF)

Dear Judge Sannes:

Over and above our submissions on behalf of Dr. Mitchell, we join in the following filed by Onondaga County:

1) All Motions in Limine and related Memoranda of Law;

2) The Proposed Verdict Form;

3) Trial Memorandum.

In addition, defendant Mitchell intends to use portions of the depositions of Sidney Manes Docket Numbers:

| | |
|---|---|
| 142:14 | 05/31/22 |
| 142:15 | 08/22/22 |
| 142:16 | 10/18/22 |
| 142:17 | 10/19/22 |

Mitchell intends to use pages 1-24 of the 05/31/22 deposition.

Respectfully,

Robert F. Julian, Esq.
RFJ/hb