**U.S. DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF NEW YORK**

Case Name & No.: *Rivas v. Onondaga County, et al.* 5:19-CV-844 (BKS/CBF)

Date of Trial: Monday, November 30, 2026 at 9:30 a.m.

PRESIDING JUDGE: Hon. Brenda K. Sannes, Chief U.S. District Judge

( ) Plaintiff (X) **Defendant Onondaga County** ( ) Court

| Exhibit Number | Marked for Identification | Admitted in Evidence | Remarks | Witness | Exhibit Description |
|---|---|---|---|---|---|
| **EXHIBITS FROM 1993 CRIMINAL TRIAL** [NUMBERED IDENTICALLY WITH THEIR DESIGNATED EXHIBIT NUMBER FROM THE CRIMINAL TRIAL] | | | | | |
| 001 | | | From original criminal trial. | | March 1987 Calendar (large demonstrative)<br>Tr. 28:11–14 (received March 17, 1993) |
| 002 | | | From original criminal trial. | | Map of Onondaga County and Madison County (large demonstrative)<br>Tr. 28:11–14 (received March 17, 1993) |
| 003 | | | From original criminal trial. | | Map of Syracuse/I-690 area (with labels) (large demonstrative)<br>Tr. 28:11–14 (received March 17, 1993) |
| 004 | | | From original criminal trial. | | Photograph of Valerie Hill<br>Tr. 174:18–21 (received March 18, 1993) |
| 005 | | | From original | | Photograph of both sides of torn letter from Bob Lucas recovered from Hector Rivas's trash can in Cazenovia |

| | | | | | |
|---|---|---|---|---|---|
| | | | criminal trial. | | Tr. 673:23–25 (received March 22, 1993) |
| 006 | | | From original criminal trial. | | Photograph of Valerie Hill's kitchen table, including brass ashtray (People's Exhibit 35) and various papers<br>Tr. 581:14–17 (received March 19, 1993) |
| 007 | | | From original criminal trial. | | *Dark Tower*: *The Gunslinger* by Stephen King (*physical evidence*)<br>Tr. 919:23–25 (received March 23, 1993) |
| 008 | | | From original criminal trial. | | Nye Ford repair order for Valerie Hill (with mileage) (*physical evidence*)<br>Tr. 188:21–23 (received March 18, 1993) |
| 009 | | | From original criminal trial. | | handwritten rate/date quotations by Cynthia Reiser (travel agent) for Valerie Hill (*physical evidence*)<br>Tr. 203:6–8 (received March 18, 1993) |
| 010 | | | From original criminal trial. | | Travel brochure found on Valerie Hill's kitchen table (*physical evidence*)<br>Tr. 620:13–15 (received March 22, 1993) |
| 011 | | | | | *Not utilized.* |
| 012 | | | From original criminal trial. | | Photograph of 248–250 Hickok Avenue<br>Tr. 230:19–22 (received March 18, 1993) |
| 013 | | | From original criminal trial. | | Front-view photograph of 248–250 Hickok Avenue<br>Tr. 230:19–22 (received March 18, 1993) |
| 014 | | | From original | | Photograph of rear garage and Valerie Hill's white Ford Tempo<br>Tr. 230:19–22 (received March 18, 1993) |

| | | | | | |
|---|---|---|---|---|---|
| | | | criminal trial. | | |
| 015 | | | From original criminal trial. | | Crime-scene photograph of Valerie Hill's body<br>Tr. 234:17–18 (received March 18, 1993) |
| 016 | | | From original criminal trial. | | Second-angle crime-scene photograph of Valerie Hill's body<br>Tr. 234:17–18 (received March 18, 1993) |
| 017 | | | From original criminal trial. | | Photograph from Coleman's, March 27, 1987 (depicting Chuck Barone, Gary Burkhardt, and Hector Rivas) (*physical evidence*)<br>Tr. 489:22–25 (received March 19, 1993) |
| 018 | | | From original criminal trial. | | Photograph of Hector Rivas Cazenvoia residence<br>Tr. 310:23–311:2 (received March 18, 1993) |
| 019 | | | From original criminal trial. | | Photograph of vehicles in Hector Rivas's driveway<br>Tr. 310:23–311:2 (received March 18, 1993) |
| 020 | | | From original criminal trial. | | Photograph of vehicles in Hector Rivas's driveway<br>Tr. 310:23–311:2 (received March 18, 1993) |
| 021 | | | From original criminal trial. | | Another view of car/van in Hector Rivas's driveway<br>Tr. 310:23–311:2 (received March 18, 1993) |
| 022 | | | From original | | Original (ripped) letter from Bob Lucas (People's Exhibit 5) (*physical evidence*)<br>Tr. 674:21–22 (received March 22, 1993) |

| | | | | | |
|---|---|---|---|---|---|
| | | | criminal trial. | | |
| 023 | | | From original criminal trial. | | Polaroid photograph of garbage bag containing torn correspondence from Bob Lucas<br>Tr. 315:6–9 (received March 18, 1993) |
| 024 | | | From original criminal trial. | | Affidavit of Donald Stonecipher - *marked for identification only* |
| 025 | | | From original criminal trial. | | Photograph taken at Coleman's, including Hector Rivas with unknown woman (*physical evidence*)<br>Tr. 489:22–25 (received March 19, 1993) |
| 026 | | | From original criminal trial. | | Photograph taken at Coleman's, including Hector Rivas waving (*physical evidence*)<br>Tr. 489:22–25 (received March 19, 1993) |
| 027 | | | From original criminal trial. | | VHS videotape of the March 30, 1987 crime scene at Valerie Hill's apartment (*physical evidence* + digital conversion)<br>Tr. 547:9–12 (received March 19, 1993) |
| 028 | | | From original criminal trial. | | plastic bag containing bottle of Bacardi rum (recovered from Valerie Hill's apartment) (*physical evidence*)<br>Tr. 920:9–11 (received March 23, 1993) |
| 029 | | | From original criminal trial. | | piece of paper that was recovered in rear bedroom of Valerie Hill's apartment (handwriting stipulated to be from Hector Rivas) (*physical evidence*)<br>Tr. 648:6–11 (received March 22, 1993) |
| 030 | | | From original | | pieces of stationery that were recovered from Valerie Hill's dining room on the bookshelf (processed for latent prints) (*physical* |

| | | | | | |
|---|---|---|---|---|---|
| | | | criminal trial. | | *evidence*)<br>Tr. 920:18–20 (received March 23, 1993) |
| 031 | | | From original criminal trial. | | Photograph of Valerie Hill's kitchen table<br>Tr. 569:7–10 (received March 19, 1993) |
| 032 | | | From original criminal trial. | | Photograph of interior of Valerie Hill's refrigerator (specifically showing a bottle of Blue Nun)<br>Tr. 581:7–9 (received March 19, 1993) |
| 033 | | | From original criminal trial. | | Enlarged photograph of shelf/cupboard over stove with Bacardi bottle<br>Tr. 580:22–24 (received March 19, 1993) |
| 034 | | | From original criminal trial. | | Bottle of Blue Nun wine (recovered from Valerie Hill's refrigerator) (*physical evidence*)<br>Tr. 921:3–5 (received March 23, 1993) |
| 035 | | | From original criminal trial. | | Brass ashtray (recovered from Valerie Hill's kitchen table) and depicted in People's Exhibit 6 (*physical evidence*)<br>Tr. 921:10–11 (received March 23, 1993) |
| 036 | | | From original criminal trial. | | Fingerprint comparison chart: latent on Brass ashtray (People Exhibit 35) / defendant's right index finger<br>Tr. 594:6–8 (received March 19, 1993) |
| 037 | | | From original criminal trial. | | Fingerprint comparison chart: bottle of Blue Nun wine (People Exhibit 34) / defendant's right thumb<br>Tr. 591:7–9 (received March 19, 1993) |
| 038 | | | From original | | Valerie Hill's purse and contents (three evidence bags) (*physical evidence*)<br>Tr. 620:21–23 (received March 22, 1993) |

| | | | | | |
|---|---|---|---|---|---|
| | | | criminal trial. | | |
| 039 | | | From original criminal trial. | | Collection of notes/cards/letters found neatly piled in Valerie Hill's in spare bedroom (handwriting stipulated to be from Hector Rivas) (*physical evidence*)<br>Tr. 622:1–3 (received March 22, 1993) |
| 040 | | | From original criminal trial. | | Photograph of rear entry door/deadbolt at 248 Hickok Avenue<br>Tr. 622:10–12 (received March 22, 1993) |
| 041 | | | From original criminal trial. | | Photograph of electric-blanket control in Valerie Hill's bedroom<br>Tr. 622:18–20 (received March 22, 1993) |
| 042 | | | From original criminal trial. | | Phone book recovered from underneath Valerie Hill's body (*physical evidence*)<br>Tr. 643:22–24 (received March 22, 1993) |
| 043 | | | From original criminal trial. | | Yellow note paper recovered from living-room end-table drawer by G. Pratt and which states: "I just want to tell you that it's so wonderful to be near you. I love you so much, Val, don't ever go away. Hector" (*physical evidence*)<br>Tr. 634:21–23 (received March 22, 1993) |
| 044 | | | From original criminal trial. | | White written paper recovered from living-room end-table drawer and which states: "Life is sure nice with you in it. Don't ever leave. love ya" (*physical evidence*)<br>Tr. 637:3–5 (received March 22, 1993) |
| 045 | | | From original criminal trial. | | Written white paper and greeting card recovered from Valerie Hill's bedroom jewelry box and which states: "Dear Val, just saying thanks for all the special moments you've given me. Love, Hector" (greeting card) and "To you, darling, I say why." (white written paper) (*physical evidence*)<br>Tr. 637:3–5 (received March 22, 1993) |

| | | | | | |
|---|---|---|---|---|---|
| 046 | | | From original criminal trial. | | three handwritten notes from Hector Rivas on Burns Brothers Piping Company stationary (recovered from the Valerie Hill's kitchen table) (*physical evidence*)<br>Tr. 637:3–5 (received March 22, 1993) |
| 047 | | | From original criminal trial. | | Wallet and paperwork from kitchen table, including $22 (*physical evidence*)<br>Tr. 637:25–638:3 (received March 22, 1993) |
| 048 | | | From original criminal trial. | | Cigarette butts collected from ashtray (five Barclay; two Carlton), with Polaroid<br>Tr. 639:10–12 (received March 22, 1993) |
| 049 | | | From original criminal trial. | | St. Patrick's Day Card (which states "To you, Val, as my love for you grows. Have a happy St. Patrick's Day. Love, Hector) + Ken's Painting business card recovered from top of Valerie Hill's refrigerator. (*physical evidence*)<br>Tr. 642:21–24 (received March 22, 1993) |
| 050 | | | From original criminal trial. | | Photograph of phone book (People's Exhibit 42) in relation to Valerie Hill's body<br>Tr. 644:16–18 (received March 22, 1993) |
| 051 | | | From original criminal trial. | | Photograph of kitchen table, ashtray, matches and cigarette butts<br>Tr. 639:10–12 (received March 22, 1993) |
| 052 | | | From original criminal trial. | | Photograph of kitchen sink, glasses and dishes<br>Tr. 645:23–25 (received March 22, 1993) |
| 053 | | | From original criminal trial. | | Photograph of refrigerator/freezer and items on top<br>Tr. 647:11–13 (received March 22, 1993) |

| | | | | | |
|---|---|---|---|---|---|
| 054 | | | From original criminal trial. | | Collection of papers/letter addressed to Bob Lucas (removed from plastic bag) (*physical evidence*)<br>Tr. 676:2–5 (received March 22, 1993) |
| 055 | | | From original criminal trial. | | Blue bathrobe (in plastic bag) (*physical evidence*)<br>Tr. 878:23–25 (received March 23, 1993) |
| 056 | | | From original criminal trial. | | Sash/belt from blue bathrobe (in plastic bag) (*physical evidence*)<br>Tr. 879:5–7 (received March 23, 1993) |
| 057 | | | From original criminal trial. | | Photograph of Valerie Hill depicting bathrobe sash/belt wrapped around her neck<br>Tr. 921:16–18 (received March 23, 1993) |
| | | | | | **ADDITIONAL NEW EXHIBITS** |
| 100 | | | | | ME Autopsy Report dated March 30, 1987 [P009726-9731] |
| 101 | | | | | ME Report of Toxicology Screens [P009732] |
| 102 | | | | | ME Report Re: Gross Description of the Brain after Fixation [P009733] |
| 103 | | | | | ME Report of Death/Investigation [P009734-9735] |
| 104 | | | | | ME Notification of Death [P009736] |
| 105 | | | | | ME Scene Investigation Report with diagrams, and data sheet and Specimen Description log. [P009745-9748] |
| 106 | | | | | Handwritten Notes from ME file [P009737-9744] |
| 107 | | | | | Certificate of Identification; Release of Deceased, Certificate of Receipt [P009751-9744] |

| | | | | | |
|---|---|---|---|---|---|
| 108 | | | | | Kodachrome Brain slides (actual) |
| 109 | | | | | Demonstrative: photograph of Kodachrome slides and slide projector circa late 80s early 90s |
| 110 | | | | | Evidence Technician Data Sheet [Bates 001714] |
| 111 | | | | | Evidence Technician Report dated March 30, 1987 of J. Battista (redacted) |
| 112 | | | | | Police Report of Gordon Lane dated March 30, 1987 reporting observations at the Medical Examiner's Office. |
| 113 | | | | | Valerie Hill Death Certificate [P009750] |
| 114 | | | | | Investigatory Timothy Phinney's police report dated 4/27/87 |
| 115 | | | | | Report of Committee on Medical Examiner dated May 5, 1993 (conditional rebuttal only) [Dep Ex. 13 |
| 116 | | | | | Press Release from the Office of William Fitzpatrick dated November 19, 1993 (conditional rebuttal only) |
| 117 | | | | | Dr. Mitchell Grand Jury Testimony (Rebuttal Only) |
| 118 | | | | | Selected Audio Clips from William Fitzpatrick recorded 1993 interview (rebuttal only) |
| 119 | | | | | |
| 120 | | | | | |
| 121 | | | | | |
| 122 | | | | | |
| 123 | | | | | |
| 124 | | | | | |
| 125 | | | | | |
| 126 | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 127 | | | | | |
| 128 | | | | | |
| 129 | | | | | |

**EXHIBITS MARKED FOR IDENTIFICATION ONLY**

| | | | | | |
|---|---|---|---|---|---|
| 130 | | | | | Spitz Expert Report dated February 8, 2024 |
| 131 | | | | | Spitz deposition transcript dated August 15, 2024 |
| 132 | | | | | Mitchell deposition transcript dated October 19, 2023 |
| 133 | | | | | Mitchell Affirmation dated October 23, 2024 |
| 134 | | | | | Fitzpatrick deposition transcript dated |
| 135 | | | | | Fitzpatrick Affirmation dated October 30, 2024 |
| 136 | | | | | Dr. Mary Jumbelic Expert report dated March 21, 2024 |
| 137 | | | | | Robert Masters expert report dated March 22, 2024 |
| 138 | | | | | Tynan deposition transcript dated December 20, 2023 |

1. Defendant Onondaga County reserves the right to supplement this exhibit list with additional exhibits as needed and depending on the evidence offered by Plaintiff at trial.

2. **THIS EXHIBIT LIST DOES NOT INCLUDE IMPEACHMENT EXHIBITS**, which will be marked at trial as needed.

Dated: November 4, 2026
Syracuse, New York

Respectfully submitted,

HANCOCK ESTABROOK LLP

By: s/ John G. Powers, Esq.

John G. Powers, Esq. (508934)
Mary L. D'Agostino, Esq. (520301)
Amanda C. Nardozza, Esq. (704370)
1800 AXA Tower I
100 Madison St.
Syracuse, NY 13202
(315) 565-4500

COUNSEL FOR DEFENDANT ONONDAGA COUNTY

**Exhibits Returned to Counsel (Date):** ____________

**Signature:** _______________________